# EXHIBIT C

# List of Pending Litigation

# LIST OF PENDING LITIGATION

- 798 Tremont Holding, LLC v. WeFile LLC d/b/a Liberty Tax Service, WeFile Inc., NY Tax Inc., and NextPoint Financial Inc., Case No. 815112/2022E (Supreme Court of the State of New York, County of Bronx)
- JTH Tax LLC d/b/a Liberty Tax Service v. Alexia Agnant and Demetress Corporation, Case No. 1:22-cv-02385 (E.D.N.Y.)
- People v. JTH Tax, Inc., No. 07-460778 (Cal. Super. Ct.)
- Brandon Ali v. LoanMe, LLC, Case No. 23NWCV00277 (Los Angeles County Superior Court)
- Brent Turner v. NextPoint Financial Inc. and JTH Tax LLC d/b/a Liberty Tax Service, Case No. CC-23-03216-B (County Court for the County of Dallas, Texas)
- Caleb LH Marker, Hart L. Robinovitch, Arielle Canepa, Flinn Milligan, Hrag Alexanian v. LoanMe, LLC (p.k.a. LoanMe Inc.), Case No. 1220072796 (JAMS Consumer Arbitration)

- Carolyn Karrh served a demand letter asserting negligence against a franchisee.

- Channell White v. Liberty Tax, Case No. MJ-32247-cv-0000038-2023 (Magisterial District Court in Delaware County, PA (small claims court))

- JTH Tax LLC d/b/a Liberty Tax Service f/k/a JTH Tax, Inc. v. CMB Tax Service, LLC, Jeffrey Serbus, and Cindy Serbus, Case No. 4:21-cv-00022-M (E.D.N.C.)
- Denise Crumwell, individually and on behalf of all other persons similarly situated v. JTH Tax LLC, Case No. 1:23-cv-1755 (S.D.N.Y.)

- Department of Justice v Franchise Group Intermediate L 1, LLC, d/b/a Liberty Tax Service, Case No 2:19-cv-653 (District Court for the Eastern District of Virginia Norfolk Division)

- District of Columbia v. JTH Tax LLC f/k/a JTH Tax Inc. d/b/a Liberty Tax Service, Case No. 2022 CA 4285 B (Superior Court, District of Columbia)
- First Bank v. JTH Tax LLC d/b/a Liberty Tax Service, Case No. 1:22-cv-7303 (E.D.N.Y.)
- Gorilla Tax Services, Inc., Sarkauskas Empire, Inc., and Sarkauskas Enterprises, LLC v. JTH Tax LLC, Case No. 01-21-0017-9382 (E.D. Va.)
- Gulf Coast Marketing Group Inc. v. JTH Tax LLC f/k/a JTH Tax Inc. d/b/a Liberty Tax Service and SiempreTax LLC, Case No. 2:21-cv-78 (E.D. Va.)
- Leopoldo Duran Abreu v. ADBSM Holding Group LLC, Demetress Corporation, Rocket Tax Inc., and JTH Tax Inc., Case No. 508375/2023 (Kings County Supreme Court, New York)
- JTH Tax LLC d/b/a Liberty Tax Service f/k/a JTH Tax, Inc. v. Lorenzo Dillard, Shannon Dillard, and Signature Taxx, Inc., Case No. 1:22-cv-01677 (D. Md.)

- Michael Jacobs and Meridian Power Group Inc. v. Community Tax, Case No. 01-22-004-0052 (American Arbitration Association)
- Mufeed Haddad, Michael Budka, Mary Johnson, Mark Johnson, and M&M Business Group, LP v. JTH Tax LLC, Case No. CL21000441-00 (Circuit Court for the City of Virginia Beach, Virginia
- Cabrera v. LoanMe, LLC et. al., Case No. 5:22-cv-01368-JGB-SHK (United States District Court, California Central District (Eastern Division – Riverside))
- Renee Labrado v. JTH Tax Inc., Case No. BC715076 (Superior Court of California, County of Los Angeles)

- Road King Development, Inc. and ZeeDee, LLC v. JTH Tax LLC d/b/a Liberty Tax Service, Case No. 2:21-cv-00055-RAJ-LRL (E.D. Va.)

- Sheila and Dennis Smith v. Community Tax, Case No. 1-22-0003-2263 (American Arbitration Association)
- Shirleghta Givan v. LoanMe, LLC (p.k.a. LoanMe Inc.), Case No. 2023-01314865 (Orange County Superior Court)
- Sismas Group and Polymorphic, Inc. v. LoanMe, Inc., LoanMe, LLC, JTH Tax LLC d/b/a Liberty Tax, Case No.: 23 GDCV 00953 (Los Angeles County Superior Court, California)

- JTH Tax LLC d/b/a Liberty Tax Service v. Stephen A. Gilbert and G-QTS Inc., Case No. 8:22-cv-00625 (M.D. Fla.)
- Tuan Vo v. LoanMe, LLC (p.k.a. LoanMe Inc.), Case No. 8:17cv72 (United States District Court for the Central District of California)

ACTIVE\900835605.14