# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| NextPoint Financial Inc., *et al.*, | Case No. 23-10983 (TMH) |
| Debtors in a foreign proceeding. [1] | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned chapter 15 cases (the "Chapter 15 Cases") as counsel to Drake Enterprises LTD (the "Drake"), and, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), respectfully request that all notices given or required to be given and all papers served or required to be served in the Chapter 15 Cases be delivered to and served upon the parties identified below at the following addresses:

**COLE SCHOTZ P.C.**
Justin R. Alberto, Esq.
Patrick J. Reilley, Esq.
Stacy L. Newman, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial, Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions, LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanME Stores LLC (3810); InsightsLogic LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

jalberto@coleschotz.com
preilley@coleschotz.com
snewman@coleshotz.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, notices of all orders, applications, hearings, motions, petitions, pleadings, complaints, demands or other requests, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, hand delivery, telephone, electronic mail, facsimile transmission, electronically or otherwise, in the Chapter 15 Cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, claim or suit is intended or shall be deemed or construed to be a waiver of any substantive or procedural rights of Drake, including, without limitation: (i) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"); (ii) the right to have a trial by jury in any proceeding related to, or triable in, the Chapter 15 Cases or any cases, controversies or proceedings related to the Chapter 15 Cases; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice; (v) an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments to which Drake may be entitled, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

[*Remainder of Page Intentionally Left Blank*]

PLEASE TAKE FURTHER NOTICE that the aforementioned attorneys respectfully request that they be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in the Chapter 15 Cases.

Dated: July 26, 2023
       Wilmington, Delaware

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
**COLE SCHOTZ P.C.**
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone:  (302) 652-3131
Facsimile:   (302) 652-3117
Email:      jalberto@coleschotz.com
             preilley@coleschotz.com
             snewman@coleschotz.com

*Counsel to Drake Enterprises LTD*