# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| NEXTPOINT FINANCIAL INC., *et al.,* | Case No. 23-10983 (TMH) |
| Debtors in a foreign proceeding.[1] | (Joint Administration Requested) |

*AMENDED*[2] **NOTICE OF FILING OF BANKRUPTCY PETITIONS AND RELATED PLEADINGS; NOTICE AND AGENDA OF HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JULY 27, 2023, AT *1:00 P.M. (ET)* IN COURTROOM #7**[3]

*PLEASE NOTE THIS HEARING HAS BEEN RESCHEDULED FROM 11:00 A.M. TO 1:00 P.M. (ET)*

**THIS HEARING WILL BE CONDUCTED IN PERSON FOR LOCAL COUNSEL AND BY ZOOM AND REQUIRES ALL VIRTUAL PARTICIPANTS TO REGISTER AT LEAST 2 HOURS IN ADVANCE.**

**COURT CALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER IN ADVANCE FOR THIS HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsc-yurjsjGiZUnJYDN2nzb43PloO5lCM

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM**

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores, LLC (3810); InsightsLogic, LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

[2] **Amended items appear in italics.**

[3] Copies of all petitions, motions, and pleadings identified herein may be obtained free of charge through the website of the Foreign Representative's proposed noticing agent at https://cases.stretto.com/nextpoint.

ACTIVE\1601800365.1

**PLEASE TAKE NOTICE** that, on July 26, 2023, NextPoint Financial Inc., in its capacity as Foreign Representative for each of the above-captioned foreign debtors (the "Debtors") filed petitions for relief under chapter 15 of title 11 of the United States Code and elected to proceed as set forth below:

A. <u>Voluntary Petitions</u>

1. NextPoint Financial Inc. [Case No. 23-10983 – [D.I. 1].
2. LT Holdco, LLC [Case No. 23-10986 – [D.I. 1].
3. LT Intermediate Holdco, LLC [Case No. 23-10988 – [D.I. 1].
4. SiempreTax+ LLC [Case No. 23-10990 – [D.I. 1].
5. JTH Tax LLC [Case No. 23-10991 – [D.I. 1].
6. Liberty Tax Holding Corporation [Case No. 23-10993 – [D.I. 1].
7. Liberty Tax Service Inc. [Case No. 23-11000 – [D.I. 1].
8. JTH Financial, LLC [Case No. 23-11001 – [D.I. 1].
9. JTH Properties 1632, LLC [Case No. 23-11002– [D.I. 1].
10. Liberty Credit Repair, LLC [Case No. 23-11003 – [D.I. 1].
11. Wefile LLC [Case No. 23-11004 – [D.I. 1].
12. JTH Tax Office Properties, LLC [Case No. 23-11005 – [D.I. 1].
13. LTS Software LLC [Case No. 23-11006– [D.I. 1.]
14. JTH Court Plaza, LLC [Case No. 23-11007 – [D.I. 1].
15. 360 Accounting Solutions LLC [Case No. 23-11008 – [D.I. 1].
16. LTS Properties, LLC. [Case No. 23-11009– [D.I. 1].
17. NPI Holdco LLC [Case No. 23-10984 – [D.I. 1].
18. CTAX Acquisition LLC [Case No. 23-11010 – [D.I. 1].
19. Community Tax Puerto Rico LLC [Case No. 23-11011 – [D.I. 1].
20. Community Tax LLC [Case No. 23-11012 – [D.I. 1].
21. NPLM Holdco LLC [Case No. 23-10985 – [D.I. 1].
22. MMS Servicing LLC [Case No. 23-10987 – [D.I. 1].

23. LoanMe, LLC [Case No. 23-10989 – [D.I. 1].

24. LoanMe Funding, LLC [Case No. 23-10992 – [D.I. 1].

25. LM Retention Holdings, LLC [Case No. 23-10994 – [D.I. 1].

26. LoanMe Trust Prime 2018-1 [Case No. 23-10995 – [D.I. 1].

27. LoanMe Trust SBL 2019-1 [Case No. 23-10996– [D.I. 1].

28. LoanMe Stores, LLC [Case No. 23-10997 – [D.I. 1].

29. InsightsLogic, LLC [Case No. 23-10998 – [D.I. 1].

30. LM 2020 CM I SPE, LLC [Case No. 23-10999 – [D.I. 1].

**PLEASE TAKE FURTHER NOTICE** that, in addition to the filing of its petitions, the Foreign Representative has filed the following motions and related pleadings:

B. Provisional Relief Motions

1. Motion of Authorized Foreign Representative for Order Directing Joint Administration of Chapter 15 Cases and Related Relief [D.I. 2].

2. Motion for Order (A) Scheduling Hearing on Recognition of Chapter 15 Petitions, (B) Specifying Form and Manner of Service of Notice, and (C) Authorizing Redaction of Certain Personally Identifiable Information of Individual Stakeholders [D.I.4].

3. Verified Petition for (I) Recognition of Foreign Main Proceedings, or, in the Alternative, Foreign Non-Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [D.I. 5].

4. *Ex Parte* Motion for Provisional Relief in the Form of a Temporary Restraining Order and, After Notice and a Hearing, an Order for Provisional Relief Under Section 1519 of the Bankruptcy Code [D.I. 6].

5. Memorandum of Law in Support of *Ex Parte* Motion for Provisional Relief in the Form of a Temporary Restraining Order and, After Notice and a Hearing, an Order for Provisional Relief Under Section 1519 of the Bankruptcy Code [D.I. 7].

6. Declaration of R. Craig Martin in Support of *Ex Parte* Motion for Provisional Relief in the Form of a Temporary Restraining Order and, After Notice and a Hearing, An Order for Provisional Relief Under Section 1519 of the Bankruptcy Code [D.I. 8].

7. Declaration of Peter Kravitz in Support of Debtors' Verified Petition for (I) Recognition of Foreign Main Proceedings, or, in the Alternative, Foreign Non-Main Proceedings, (II) Recognition of Foreign Representative, (III) Debtors' Motion for Certain Provisional Relief [D.I. 9].

3
ACTIVE\1601800365.1

8. Declaration of Colin Brousson as Canadian Counsel to the Debtors in Support of the Debtors' Chapter 15 Petitions and Requests for Certain Related Relief Pursuant to Chapter 15 of the Bankruptcy Code [D.I. 11].

C. Recognition Motion

9. Motion of the Foreign Representative for Chapter 15 Recognition and Final Relief [D.I. 13].

10. Memorandum of Law in Support of Motion of the Foreign Representative for Chapter 15 Recognition and Final Relief [D.I. 12].

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Provisional Relief Hearing") with respect to the Provisional Relief Motions is scheduled for **July 27, 2023, at *1:00 p.m. (ET)*** before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the Provisional Relief Motions may be made at or before the Provisional Relief Hearing.

Dated: July 26, 2023  
      Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ R. Craig Martin*  
R. Craig Martin (DE 5032)  
1201 N. Market Street, Suite 2100  
Wilmington, Delaware 19801  
Telephone: (302) 468-5700  
Facsimile: (302) 394-2341  
Email: craig.martin@us.dlapiper.com

-and-

Rachel Ehrlich Albanese (*pro hac vice admission* pending)  
Jamila Justine Willis (*pro hac vice admission* pending)  
1251 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 335-4500  
Facsimile: (212) 335-4501  
Email: Rachel.Albanese@us.dlapiper.com  
       Jamila.Willis@us.dlapiper.com

*Counsel to the Foreign Representative*