IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NextPoint Financial Inc., *et al.*,[1] | ) ) ) | Case No. 23-10983-TMH |
| Debtors in a foreign proceeding. | ) ) ) ) | (Joint Administration Requested) |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that BP Commercial Funding Trust, Series SPL-X, a statutory series of BP Commercial Funding Trust, a Delaware statutory trust, for itself and for no other series of BP Commercial Funding Trust, as Administrative Agent and lender, BP SLL Trust, Series SPL-III, a statutory series of BP SLL Trust, a Delaware statutory trust, for itself and for no other series of BP SLL Trust, as lender, and BP Commercial Funding Trust II, Series SPL-I, a statutory series of BP Commercial Funding Trust II, a Delaware series trust, for itself and for no other series of BP Commercial Funding Trust II, as Administrative Agent and lender, (together, "BP") hereby appear through their counsel, Kirkland & Ellis LLP ("Kirkland") and Pachulski Stang Ziehl & Jones LLP ("PSZ&J"). Kirkland and PSZ&J hereby enter their appearances

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores, LLC (3810); InsightsLogic, LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

pursuant to section 1109(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and request that the undersigned be added to the official mailing matrix and service lists in these cases. Kirkland and PSZ&J request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon BP through service upon Kirkland and PSZ&J at the addresses, telephone numbers, and facsimile numbers set forth below:

| KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Brian Schartz, P.C.<br>Allyson B. Smith<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 909-3217<br>Facsimile:  (212) 446-4900<br>Email:  brian.schartz@kirkland.com<br>          allyson.smith@kirkland.com<br><br>     - and -<br><br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Gabriela Z. Hensley<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile:  (312) 446-2200<br>Email:  gabriela.hensley@kirkland.com | PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones<br>James E. O'Neill<br>Edward A. Corma<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>          joneill@pszjlaw.com<br>          ecorma@pszjlaw.com |
|---|---|

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of BP, including, without limitation: (i) to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) to have a trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case; (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which BP may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

*[The remainder of this page has been intentionally left blank.]*

Dated: July 27, 2023  
Wilmington, Delaware

/s/ *Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400
Email:          ljones@pszjlaw.com
                    joneill@pszjlaw.com
                    ecorma@pszjlaw.com

- and -

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Brian Schartz, P.C. (*pro hac vice* pending)
Allyson B. Smith (*pro hac vice* pending)
601 Lexington Avenue
New York, NY 10022
Telephone:   (212) 909-3217
Facsimile:    (212) 446-4900
Email:          brian.schartz@kirkland.com
                    allyson.smith@kirkland.com

- and -

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Gabriela Z. Hensley (*pro hac vice* pending)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 446-2200
Email: gabriela.hensley@kirkland.com

*Counsel to BP Commercial Funding Trust, Series SPL-X, a statutory series of BP Commercial Funding Trust, a Delaware statutory trust, for itself and for no other series of BP Commercial Funding Trust; BP SLL Trust, Series SPL-III, a statutory series of BP SLL Trust, a Delaware statutory trust, for itself and for no other series of BP SLL Trust; and BP Commercial Funding Trust II, Series SPL-I, a statutory series of BP Commercial Funding Trust II, a Delaware series trust, for itself and for no other series of BP Commercial Funding Trust II*

4