**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| NextPoint Financial Inc., *et al.*, | ) Case No. 23-10983-TMH |
| Debtors in a foreign proceeding. | ) (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Brian Schartz, P.C. of Kirkland & Ellis LLP to represent BP Commercial Funding Trust, Series SPL-X, a statutory series of BP Commercial Funding Trust, a Delaware statutory trust, for itself and for no other series of BP Commercial Funding Trust, BP SLL Trust, Series SPL-III, a statutory series of BP SLL Trust, a Delaware statutory trust, for itself and for no other series of BP SLL Trust and BP Commercial Funding Trust II, Series SPL-I, a statutory series of BP Commercial Funding Trust II, a Delaware series trust, for itself and for no other series of BP Commercial Funding Trust II in the above-captioned proceeding and any related adversary proceedings.

Dated: July 27, 2023

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Email: ljones@pszjlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and the State of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 27, 2023

*/s/ Brian Schartz, P.C.*
Brian Schartz, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 909-3217; Facsimile: (212) 446-4900
Email: brian.schartz@kirkland.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.