## SIGN-IN SHEET

**CASE NAME:** NextPoint Financial
**CASE NO: 23-10983**

**COURTROOM LOCATION:** 7
**DATE: 7/27/2023 at 1:00 PM**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Timothy J. Fox, Jr. | Office of U.S. Trustee | U.S. Trustee |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | BP Commercial Funding Trust BP sub Two F |
| Brian Schartz | Kirkland & Ellis | BP Commercial Funding Trust BP sub Two F |
| Maria Kelley | Cole Schotz | Debtor |
| Rachel Albanese | N/A | Enough Representative |
| Greta Martin | N/A | " |
| Maslyn Bernard | N/A | " |
| Nicole McLemore | N/A | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Jamila | Willis | Foreign Representative | DLA Piper LLP (US) |
| Rachel | Albanese | Foreign Representative | DLA Piper LLP (US) |
| Nadia | Saleem | Foreign Representative | DLA Piper LLP (US) |
| Jad | Kazan | Foreign Representative | DLA Piper LLP (US) |
| Katie | Allison | Foreign Representative | DLA Piper LLP (US) |
| Scott | Layfield | Foreign Representative | DLA Piper LLP (US) |
| Russel | Drew | Foreign Representative | DLA Piper LLP (Canada) |
| Jeffrey | Bradshaw | Foreign Representative | DLA Piper LLP (Canada) |
| Samantha | Arbor | Foreign Representative | DLA Piper LLP (Canada) |
| Peter | Kravitz | Nextpoint CRO | Province |
| Jaime | Chapman | Foreign Representative | Province Firm |
| Joseph | Berman | Foreign Representative | Province Firm |
| Sherri | Toub | Interested Party | Kekst CNC |
| Jahric | Serrant | Foreign Representative | DLA Piper LLP (US) |
| Hellen | Oliveira | Foreign Representative | DLA Piper LLP (US) |
| Robert | Orren | Interested Party | Kirkland & Ellis LLP |
| Justin | Alberto | Drake | Cole Schotz P.C. |
| Nicole | Hill | District of Columbia | District of Columbia Office of the Attorney General for the |
| Taylor | Harrison | Debtwire | District of Columbia |
| James | O'Neill | BP Commercial Funding Trust | Pachulski Stang Ziehl & Jones LLP |
| Adam | Fialkowski | Stretto | Stretto |
| Tyesha | Jackson Wise | Tyesha Jackson Wise | |
| Will | Harvey | Liberty Tax | Liberty Tax |
| Colin | Brousson | DLA Piper LLP Canada | DLA Piper LLP Canada |
| Georgia | Meadow | Interested Party | Kirkland and Ellis LLP |

1:00 PM    Case: 23-10983-TMH    NextPoint Financial Inc.    First Day Motions    7-27-2023

| Chris | Zakhem | Secured Creditors | |
|-------|--------|-------------------|---|
| William | Robertson | CMB Tax Service, LLC, Jeffery Serbus, and Cindy Serbus | Brooks Pierce Mclendon Humphrey & Leonard LLP |
| Victor | Delaglio | Debtors | Province |
| Jin | Dong | Debtors | Province |
| Jamie | Edmonson | Interested Party | Robinson+Cole |
| David | Dulaney | NextPoint Financial | Liberty Tax |
| | | | |