**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| NEXTPOINT FINANCIAL INC., *et al*., | Case No. 23-10983 (TMH) |
| Debtors in a foreign proceeding. [1] | (Joint Administration Requested) |

**AFFIDAVIT OF SERVICE**

I, Sharon Lee, depose and say that I am employed by Stretto, the proposed claims and noticing agent for the Debtors in the above-captioned cases.

Commencing on July 28, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Motion of Authorized Foreign Representative for Order Directing Joint Administration of Chapter 15 Cases and Related Relief** (Docket No. 2)

- **Motion for Order (A) Scheduling Hearing on Recognition of Chapter 15 Petitions, (B) Specifying Form and Manner of Service of Notice, and (C) Authorizing Redaction of Certain Personally Identifiable Information of Individual Stakeholders** (Docket No. 4)

- **Memorandum of Law in Support of Ex Parte Motion for Provisional Relief in the Form of a Temporary Restraining Order and, After Notice and a Hearing, an Order for Provisional Relief Under Section 1519 of the Bankruptcy Code** (Docket No. 7)

- **Declaration of R. Craig Martin in Support of Ex Parte Motion for Provisional Relief in the Form of a Temporary Restraining Order and, After Notice and a Hearing, an Order for Provisional Relief Under Section 1519 of the Bankruptcy Code** (Docket No. 8)

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores, LLC (3810); InsightsLogic, LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

- **Declaration of Peter Kravitz in Support of Debtors' Verified Petition for (I) Recognition of Foreign Main Proceedings, or, in the Alternative, Foreign Non-main Proceedings, (II) Recognition of Foreign Representative, (III) Debtors' Motion for Certain Provisional Relief** (Docket No. 9)

- **Declaration of Colin Brousson as Canadian Counsel to the Debtors in Support of the Debtors' Chapter 15 Petitions and Requests for Certain Related Relief Pursuant to Chapter 15 of the Bankruptcy Code** (Docket No. 11)

- **Memorandum of Law in Support of Motion of the Foreign Representative for Chapter 15 Recognition and Final Relief** (Docket No. 12)

- **Motion to Appear pro hac vice of Rachel Ehrlich Albanese** (Docket No. 17)

- **Motion to Appear pro hac vice of Malithi P. Fernando** (Docket No. 18)

- **Motion to Appear pro hac vice of Nicole McLemore** (Docket No. 19)

- **Notice of Filing of Supplemental Exhibit to Petitions** (Docket No. 20)

- **Motion to Appear pro hac vice of Jamila Justine Willis** (Docket No. 21)

- **Order Granting Motion for Admission pro hac vice of Rachel Ehrlich Albanese** (Docket No. 23)

- **Order Granting Motion for Admission pro hac vice of Malithi P. Fernando** (Docket No. 24)

- **Order Granting Motion for Admission pro hac vice of Nicole McLemore** (Docket No. 25)

- **Order Granting Motion for Admission pro hac vice of Jamila Justine Willis** (Docket No. 26)

- **Exhibit(s) to Declaration of Peter Kravitz in Support of Debtors' Verified Petition for (I) Recognition of Foreign Main Proceedings, or, in the Alternative, Foreign Non-Main Proceedings, (II) Recognition of Foreign Representative, (III) Debtors' Motion for Certain Provisional Relief** (Docket No. 27)

- **Motion to Appear pro hac vice of Nadia B. Saleem** (Docket No. 28)

- **Order Granting Motion of Authorized Foreign Representative for Order (I) Directing Joint Administration of Chapter 15 Cases and (II) Granting Related Relief** (Docket No. 38)

- **Order Granting Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code** (Docket No. 39)

- **Certification of Counsel Regarding Order (A) Scheduling Hearing on Recognition of Chapter 15 Petitions, (B) Specifying Form and Manner of Service of Notice, and (C) Authorizing Redaction of Certain Personally Identifiable Information of Individual Stakeholders** (Docket No. 43)

- **Final and Interim Order (A) Scheduling Hearing on Recognition of Chapter 15 Petitions, (B) Specifying Form and Manner of Service of Notice, and (C) Authorizing Redaction of Certain Personally Identifiable Information of Individual Stakeholders** (Docket No. 44)

- **Notice of (A) Filing of Chapter 15 Petitions and Related Chapter 15 Documents Seeking Recognition of Canadian Proceedings as Foreign Main Proceedings or in the Alternative Foreign Non-Main Proceedings and (B) Recognition Hearing** (attached hereto as **Exhibit C**)

Furthermore, on July 28, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit D**:

- **Ex Parte Motion for Provisional Relief in the Form of a Temporary Restraining Order and, After Notice and a Hearing, an Order for Provisional Relief Under Section 1519 of the Bankruptcy Code** (Docket No. 6)

- **Order Granting Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code** (Docket No. 39)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: August 4, 2023

_____
Sharon Lee

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 4th day of August, 2023 by Sharon Lee proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026