IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEXTPOINT FINANCIAL INC., *et al.*,[1]<br><br>Debtors in a foreign proceeding. | Chapter 15<br><br>Case No. 23-10983 (TMH)<br><br>(Jointly Administered) |

## **FOREIGN DEBTORS' STATEMENT UNDER 11 U.S.C. § 1518**

NextPoint Financial Inc., in its capacity as the duly appointed foreign representative (the "**Foreign Representative**") for the above-captioned debtors ("**Debtors**"), which is the subject of the proceedings (the "**Canadian Proceedings**") currently pending before the Supreme Court of British Columbia (the "**Canadian Court**"), initiated pursuant to the Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36 (as amended, the "**CCAA**"), by and through its undersigned counsel, respectfully submits this statement of change in status under 11 U.S.C. § 1518.

On August 16, 2023, this Court entered an *Order Recognizing Canadian Proceeding as a Foreign Main Proceeding and Granting Related Relief* [D.I. 54], which recognized the Canadian Proceedings with respect to the Foreign Debtors. Thereafter, on September 19, 2023, the Canadian Court entered an *Order Made After Application* (the "**Canadian Order**"), providing for the removal of two of the Foreign Debtors, LoanMe Trust Prime 2018-1 and LoanMe Trust SBL 2019-

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores, LLC (3810); InsightsLogic, LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

1 (together, the "**LoanMe Income Trusts**") as Petitioners from the Canadian Proceedings. The Canadian Order further provides that "all rights and remedies of any Person against or in respect of the LoanMe Income Trusts, or affecting the Trust Portfolios and Property, as a result of a Petitioner Default Event, are hereby stayed and suspended except with the written consent of the Petitioners and the Monitor or leave of this Court." Attached to this Statement as **Exhibit A** is a copy of the Canadian Order.

Pursuant to 11 U.S.C. § 1518, the Foreign Representative hereby notifies this Court of the change in status of the LoanMe Income Trusts and their removal as Petitioners from the Canadian Proceedings.

| | |
|---|---|
| Dated: September 22, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br> /s/ R. Craig Martin <br>R. Craig Martin, Esq. (DE 5032)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2462<br>Email: craig.martin@us.dlapiper.com<br><br>-and-<br><br>Rachel Ehrlich Albanese, Esq. (admitted *pro hac vice*)<br>Jamila Justine Willis, Esq. (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: rachel.albanese@us.dlapiper.com<br>       jamila.willis@us.dlapiper.com<br><br>*Counsel to the Foreign Representative* |