IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| NEXTPOINT FINANCIAL INC., *et al.*, | Case No. 23-10983 (TMH) |
| Debtors in a foreign proceeding.[1] | (Jointly Administered) |
| | **Objection Deadline: October 30, 2023, at 4:00 p.m. ET** |
| | **Hearing Date: November 6, 2023, at 11:00 a.m. ET** |

**NOTICE OF MOTION OF THE FOREIGN REPRESENTATIVE
FOR ENTRY OF AN ORDER (I) RECOGNIZING AND ENFORCING THE
CCAA VESTING ORDER, (II) APPROVING THE SALE OF SUBSTANTIALLY
ALL OF THE DEBTORS' INTERESTS FREE AND CLEAR OF LIENS,
CLAIMS, AND ENCUMBRANCES, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on October 16, 2023, NextPoint Financial Inc., in its capacity as the duly-appointed foreign representative for the above-captioned foreign debtors, in proceedings currently pending before the Supreme Court of British Columbia, initiated under the Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, filed the *Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially all of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief* (the "Motion") with the United State Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE**, that a hearing on the Motion has been scheduled before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the Bankruptcy Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware, 19801 on **November 6, 2023, at 11:00 a.m. (ET)** (the "Hearing").

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores, LLC (3810); InsightsLogic, LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

**PLEASE TAKE FURTHER NOTICE**, that all objections or responses to the Motion must be (i) made in writing and (ii) filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served so as to be **received on or before 4:00 p.m. (ET) on October 30, 2023** (the "Objection Deadline"); and served on (a) counsel to the Foreign Representative, DLA Piper LLP (US) (i) 1201 N. Market Street, Suite 2100, Wilmington, Delaware 19801 (Attn.: R. Craig Martin, Esq. [craig.martin@us.dlapiper.com]) and (ii) 1251 Avenue of the Americas, New York, New York 10020 (Attn.: Rachel Ehrlich Albanese, Esq. [rachel.albanese@us.dlapiper.com] and Jamila Justine Willis, Esq. [jamila.willis@us.dlapiper.com]); and (b) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn.: Timothy J. Fox, Jr., Esq.).

**PLEASE TAKE FURTHER NOTICE** that if you timely file and serve an objection or response, you or your attorney must attend the Hearing.

**PLEASE TAKE FURTHER NOTICE, IF NO RESPONSE TO THE MOTION IS TIMELY FILED, SERVED, OR PRESENTED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY ENTER THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE.**

[*Remainder of page intentionally left blank*]

**PLEASE TAKE FURTHER NOTICE**, a copy of the Motion, as well as all filings in the Debtors' cases are available on the public website maintained by the Foreign Representative's noticing agent, Stretto, Inc., at **https://case.stretto.com/nextpoint**.

| | |
|---|---|
| Dated: October 16, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA Piper, LLP (US)**<br><br>/s/ *R. Craig Martin*<br>R. Craig Martin (DE 5032)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone:   (302) 468-5700<br>Facsimile:    (302) 394-2462<br>Email:           craig.martin@us.dlapiper.com<br><br>*-and-*<br><br>Rachel Ehrlich Albanese, Esq. (admitted *pro hac vice*)<br>Jamila Justine Willis, Esq. (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone:   (212) 335-4500<br>Facsimile:    (212) 335-4501<br>Email:           rachel.albanese@us.dlapiper.com<br>                    jamila.willis@us.dlapiper.com<br><br>*Counsel to the Foreign Representative* |