# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEXTPOINT FINANCIAL INC., *et al.*,[1]<br><br>Debtors in a foreign proceeding. | Chapter 15<br><br>Case No. 23-10983 (TMH)<br><br>(Jointly Administered)<br><br>**Objection Deadline: October 30, 2023, at 4:00 p.m. ET (extended to October 31, 2023, at 4:00 p.m. ET for the below-named parties)**<br><br>**Hearing Date: November 6, 2023, at 11:00 a.m.** |

### AREA DEVELOPERS' OBJECTION TO MOTION OF THE FOREIGN REPRESENTATIVE FOR ENTRY OF AN ORDER (I) RECOGNIZING AND ENFORCING THE CCCA VESTING ORDER, (II) APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' INTERESTS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, AND (III) GRANTING RELATED RELIEF

Gorilla Tax Services, Inc., Sarkauskas Empire Inc., Sarkauskas Enterprises, LLC, Mufeed Haddad, Mary Johnson, Mark Johnson, Michael Budka, and M&M Business Group, LP (collectively, the "**Area Developers**") respectfully objects to the *Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the CCCA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief* filed by NextPoint Financial Inc.

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores, LLC (3810); InsightsLogic, LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

in its capacity as the duly appointed representative for the above-captioned debtors filed on October 16, 2023 [D.I. 80] (the "**Motion**"), and state as follows:

## FACTUAL BACKGROUND

1. Each of the Area Developers is a party to an Area Developer Agreement with JTH Tax, Inc. d/b/a Liberty Tax Service ("**Liberty**") pursuant to which Liberty licensed a system for the operation of tax return preparation offices within specified territories (collectively, the "**AD Agreements**"). Each of the Area Developers paid a "fully earned" fee to Liberty in exchange for such license.

2. Pursuant to the AD Agreements, each of the Area Developers agreed to, *inter alia*, use their best efforts to find, solicit, and recruit candidates interested in operating within the specified territory and to provide certain support services. In exchange, Liberty agreed to pay the Area Developers certain franchise fees and royalties derived from franchise agreements within the specified territory.

3. Pursuant to the AD Agreements, each of the Area Developers is deemed to be a party to any franchise agreement that a proposed candidate entered into or enters into with Liberty in the specified territory (collectively, the "**Franchise Agreements**").

4. In accordance with the terms of the AD Agreements, the Area Developers are deemed to be parties to approximately seventy-one (71) Franchise Agreements in territories located in California, Florida, Wyoming, Indiana, Missouri, Michigan, Wisconsin, and Illinois.

5. Pursuant to the AD Agreements, Liberty agreed to provide the Area Developers with a perpetual right to renew the terms of the AD Agreements, provided that the Area Developers were in compliance with the terms and conditions of the AD Agreements.

**OBJECTION AND RESERVATION OF RIGHTS**

6. As set forth in the Motion, the Foreign Representative seeks approval of a reverse vesting transaction pursuant to which (i) the proposed purchasers will purchase the equity interests of certain debtors and (ii) certain excluded contracts, excluded assets, and excluded liabilities will be transferred to a residual company. The Motion requests that the proposed purchasers be deemed to acquire the retained assets on a "free and clear" basis pursuant to "sections 105(a), 363, 365, 1520, and 1521 of the Bankruptcy Code." Motion, ¶ 34. The Area Developers object to the Motion because requested relief fails to sufficiently protect the interests of the Area Developers. 11 U.S.C. §§ 365 and 1522.

7. The Area Developers are unable to discern from the Motion whether the AD Agreements and the Franchise Agreements are assets to be retained by the debtor companies (and thereby acquired by the proposed purchasers) or whether such contracts are excluded assets to be transferred to a residual company.

8. To the extent that the AD Agreements and the Franchise Agreements are to be retained by the debtor companies, the Area Developers object to the Motion on the grounds that the Motion fails to provide for the cure of any defaults and the provision of adequate assurance of future performance under such agreements as conditions to their assumption as provided by Section 365 of the Bankruptcy Code. 11 U.S.C. § 365(b)(1). *See Stanley Jacobs Prod., Ltd. v. 9472541 Can. Inc. (In re Thane Int'l, Inc.)*, 586 B.R. 540, 546 (Bankr. D. Del. 2018) ("Assumption requires the trustee to cure all defaults or to provide 'adequate assurance' that such defaults will be promptly cured.").

9. To the extent that the Franchise Agreements, but not the AD Agreements, are to be retained by the debtor companies, the Area Developers object to the Motion on the grounds

that the Motion (1) fails to provide for the cure of any defaults and the provision of adequate assurance of future performance under the Franchise Agreements, including any obligations to the Area Developers who are parties to the Franchise Agreements, and (2) fails to provide for the retention of the Area Developer's rights as licensees of intellectual property under Section 365(n) of the Bankruptcy Code. *See* 3 Collier on Bankruptcy ¶ 365.15 (16th 2023) (explaining, under Section 365(n), "the licensee retains the right to use the licensed intellectual property"); *Jaffe v. Samsung Electronics Company, Limited*, 737 F.3d 14 (4th Cir. 2013) (holding that licensees in a Chapter 15 bankruptcy proceeding were entitled to the protections afforded by Section 365(n) of the Bankruptcy Code).

10. To the extent that the AD Agreements and the Franchise Agreements are to be treated as excluded assets and transferred to a residual company, the Area Developers object to the Motion on the grounds that the Motion fails to provide for the retention the Area Developers' rights as licensees of intellectual property under Section 365(n) of the Bankruptcy Code. *Id.*; *Mission Prod. Holdings, Inc. v. Tempnology, LLC*, 139 S. Ct. 1652, 1657 (2019) (holding that a licensee retains its rights under a rejected licensing contract); *In re Sima Int'l, Inc.*, Nos. 17-21761 (JJT), 15, 22, 2018 Bankr. LEXIS 1455, at *12 (Bankr. D. Conn. May 17, 2018) ("In the event that a bankrupt licensor rejects an intellectual property license, Section 365(n) would now explicitly allow a licensee to retain its licensed rights for the contract's duration, as such rights existed immediately prior to the bankruptcy."); *In re Crumbs Bake Shop, Inc.*, 522 B.R. 766, 774 (Bankr. D.N.J. 2014) (ruling "that the interests held by Licensees were not extinguished by the sale because in the absence of consent, a sale under § 363(f) does not trump the rights granted to Licensees by § 365(n)").

11. In addition, upon information and belief, Liberty has collected franchise fees and royalties under the Franchise Agreements after the commencement of this bankruptcy proceeding. Pursuant to the AD Agreements, Liberty was obligated to pay certain percentages of the franchise fees and royalties to the Area Developers. To the extent that Liberty has collected postpetition franchise fees and royalties under the Franchise Agreements and has failed to pay the Area Developers their designated portion of such franchise fees and royalties, Liberty has breached its postpetition obligations under the AD Agreements. The Area Developers object to the Motion to the extent it proposes that one or more of the debtors retain cash derived from franchise fees and royalties paid under the Franchise Agreements "free and clear" of the claims of the Area Developers. The Area Developers further object to the Motion to the extent it effectuates a sub rosa plan without providing for the payment of postpetition administrative expense claims in full and/or provides for the payment of some, but not all, postpetition administrative expense claims.

12. Finally, the Area Developers object to the proposed third party releases and exculpation provisions set forth in the Motion on the grounds that the Motion fails to identify any basis for such relief under the Bankruptcy Code.

13. The Objectors reserve the right to supplement and/or raise additional objections to the Motion at the time of the hearing.

## CONCLUSION

For the foregoing reasons, the Area Developers respectfully request that the Court deny the Motion, together with such other and further relief as the Court deems just and proper.

Dated: Wilmington, Delaware
October 31, 2023

McCARTER & ENGLISH LLP

By: /s/ *Kate Roggio Buck*
Kate Roggio Buck (DE #5140)
McCarter & English LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Tel: 302-984-6300
Fax: 302-984-6399
Email: kbuck@mccarter.com

-and-

Gregory J. Mascitti (*pro hac vice pending*)
McCarter & English, LLP
Worldwide Plaza
825 Eighth Ave., 31st Floor
New York, New York 10019
Tel: (212) 609-6800
Fax: (212) 609-6921
Email: gmascitti@mccarter.com

*Attorneys for the Area Developers*