**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEXTPOINT FINANCIAL INC., et al.,<br><br>Debtors in foreign proceeding. | Chapter 15<br><br>Case No. 23-10983-TMH |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Gregory J. Mascitti, Esq. of the Law Firm of McCarter & English, LLP to represent Gorilla Tax Services, Inc., Sarkauskas Empire Inc., Sarkauskas Enterprises, LLC, Mufeed Haddad, Mary Johnson, Mark Johnson, Michael Budka, and M&M Business Group, LP (collectively, the "Area Developers") in the in the above-captioned, jointly-administered, bankruptcy cases.

Dated: Wilmington, Delaware
October 31, 2023                McCARTER & ENGLISH LLP

By: */s/ Kate Roggio Buck*
Kate Roggio Buck (DE #5140)
McCarter & English LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Tel: 302-984-6300
Fax: 302-984-6399
Email: kbuck@mccarter.com

*Attorneys for Area Developers*

ME1 46574242v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and to submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 30, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

/s/ *Gregory J. Mascitti*
Gregory J. Mascitti (NY #2801546)
MCCARTER & ENGLISH, LLP
Worldwide Plaza
825 Eighth Ave., 31st Floor
New York, New York 10019
Phone: (212) 609-6800
Fax: (212) 609-6921
E-mail: gmascitti@mccarter.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.