## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| NEXTPOINT FINANCIAL INC., *et al.*, | Case No. 23-10983 (TMH) |
| Debtors in a foreign proceeding. [1] | **Re D.I. No. 80** |

### NOTICE OF FILING OF (I) CCAA VESTING ORDER AND (II) FINAL TRANSACTION AGREEMENT

**PLEASE TAKE NOTICE** that, on October 16, 2023, NextPoint Financial Inc., in its capacity as Foreign Representative for each of the above-captioned foreign debtors (the "**Debtors**"), filed the *Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief* (the "**Motion**") [D.I. 80].

**PLEASE TAKE FURTHER NOTICE** that the Motion attached proposed forms of the CCAA Vesting Order and the Transaction Agreement (each as defined in the Motion) as Exhibit 1 to Exhibit A and Exhibit B, respectively;

**PLEASE TAKE FURTHER NOTICE** that, on October 31, 2023, the Canadian court granted the CCAA Vesting Order, attached hereto as **Exhibit A**, and a redline of the CCAA Vesting Order against the version filed with the Motion is attached as **Exhibit B** hereto.

**PLEASE TAKE FURTHER NOTICE** that an executed copy of the Transaction Agreement is attached hereto as **Exhibit C**, and a redline of the Transaction Agreement against the version filed with the Motion is attached as **Exhibit D** hereto.

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions, LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores LLC (3810); InsightsLogic LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative hereby submits the attached exhibits as supplemental exhibits in support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that copies of all petitions, motions and pleadings filed in the above-captioned case may be obtained through the website of the Foreign Representative's noticing agent at https://cases.stretto.com/nextpoint.

| | |
|---|---|
| Dated: November 1, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>*/s/ Craig Martin*<br>R. Craig Martin, Esq. (DE 5032)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2462<br>Email:  craig.martin@us.dlapiper.com<br><br>-and-<br><br>Rachel Ehrlich Albanese, Esq. (admitted *pro hac vice*)<br>Jamila Justine Willis, Esq. (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email:  rachel.albanese@us.dlapiper.com<br>          jamila.willis@us.dlapiper.com<br><br>*Counsel to the Foreign Representative* |