**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEXTPOINT FINANCIAL INC., *et al.*,[1]<br><br>Debtors in a foreign proceeding. | Chapter 15<br><br>Case No. 23-10983 (TMH)<br><br>(Jointly Administered)<br><br>**Re Docket No. 78** |
| In re:<br><br>LM BP Holdings, LLC,<br><br>Debtor in a foreign proceeding. | Chapter 15<br><br>Case No. 23-11660 (TMH)<br>(Joint Administration Requested)<br><br>**Re Docket Nos. 3 and 6** |

**CERTIFICATE OF NO OBJECTION REGARDING NOTICE
OF (A) FILING OF CHAPTER 15 PETITION AND RELATED
CHAPTER 15 DOCUMENTS SEEKING RECOGNITION OF CANADIAN
PROCEEDING AS FOREIGN MAIN PROCEEDING OR IN THE ALTERNATIVE
FOREIGN NON-MAIN PROCEEDING AND (B) RECOGNITION HEARING**

I, R. Craig Martin, hereby certify as follows:

1. On October 2, 2023, NextPoint Financial Inc., in its capacity as the duly appointed foreign representative (the "**Foreign Representative**") for the above-captioned foreign debtors (collectively, the "**Debtors**"), filed the *Motion of Authorized Foreign Representative for a Final Order (I) Granting Chapter 15 Recognition and Related Relief, and*

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores, LLC (3810); InsightsLogic, LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

*(II) Directing that Certain Orders in the Chapter 15 Case of NextPoint Financial Inc. Be Made Applicable to Additional Debtor in Subsequently Filed Case* [D.I. 3] in *In re LM BP Holdings, LLC*, Case No. 23-11660 with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

      2.      On October 5, 2023, the Foreign Representative filed the *Notice of (A) Filing of Chapter 15 Petition and Related Chapter 15 Documents Seeking Recognition of Canadian Proceeding as Foreign Main Proceeding or in the Alternative Foreign Non-Main Proceeding and (B) Recognition Hearing* (the "**Recognition Notice**") with the Court in *In re LM BP Holdings, LLC*, Case No. 23-11660 [D.I. 6] and in those cases jointly administered as *In re NextPoint Financial Inc., et al.*, Case No. 23-10983 (the "**Original NextPoint Cases**") [D.I. 78].

      3.      The Recognition Notice was served in accordance with this Court's *Final and Interim Order (A) Scheduling Hearing on Recognition of Chapter 15 Petitions, (B) Specifying Form and Manner of Service of Notice, and (C) Authorizing Redaction of Certain Personally Identifiable Information of Individual Stakeholders* [D.I. 44] entered in the Original NextPoint Cases, as further described in that *Affidavit of Service* filed on October 12, 2023 in *In re LM BP Holdings, LLC*, Case No. 23-11660 [D.I. 7].

      4.      The objection deadline for the Recognition Notice was set for October 30, 2023 at 4:00 p.m. (ET). As of the date hereof, the Foreign Representative has not received any response or objection to the Recognition Notice, and a review of the docket in these chapter 15 cases indicates that no party has filed any response or objection thereto.

      **WHEREFORE**, the Foreign Representative respectfully requests that the Court enter an order, substantially in the form of the order attached as <u>Exhibit A</u>, granting the relief requested, and grant such other and further relief as the Court deems just and proper. A redline of the order against the version previously filed with the Motion is attached as <u>Exhibit B</u> hereto.

Dated: November 1, 2023
Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ R. Craig Martin*
R. Craig Martin, Esq. (DE 5032)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2462
Email: craig.martin@us.dlapiper.com

-and-

Rachel Ehrlich Albanese, Esq. (*pro hac vice* admitted)
Jamila Justine Willis, Esq. (*pro hac vice* admitted)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: rachel.albanese@us.dlapiper.com
          jamila.willis@us.dlapiper.com

*Counsel to the Foreign Representative*