## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| NEXTPOINT FINANCIAL INC., *et al.*, | Case No. 23-10983 (TMH) |
| Debtors in a foreign proceeding. [1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Sharon Lee, depose and say that I am employed by Stretto, the proposed claims and noticing agent for the Debtors in the above-captioned cases.

On October 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**, and via electronic mail on 7957 Mall Road, LLC, Attn: Dennis Kaw, at dennis.kaw@appliancefactory.com:

- **Notice by Debtor Company to Disclaim or Resiliate an Agreement** (substantially in the form as **Exhibit A**)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: November 1, 2023

_____
Sharon Lee

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 1st day of November, 2023 by Sharon Lee proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSIE DE GUZMAN
Notary Public · California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores, LLC (3810); InsightsLogic, LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

# **Exhibit A**

**FORM 4**

**NOTICE BY DEBTOR COMPANY TO DISCLAIM OR RESILIATE AN AGREEMENT**

To FTI Consulting Canada Inc., in its capacity as court-appointed monitor (the "**Monitor**"), and [PARTY TO THE CONTRACT],

Take notice that:

1.  Proceedings under the *Companies' Creditors Arrangement Act* ("**the Act**") in respect of NextPoint Financial, Inc. and its subsidiaries, including Community Tax LLC ("**Community Tax**"), were commenced on the 25th day of July, 2023 in the Supreme Court of British Columbia, Vancouver Registry under No. S-235288, which proceedings were recognized as foreign main proceedings under Chapter 15 of the U.S. Bankruptcy Code by the U.S. Bankruptcy Court for the District of Delaware, Case No. 23-10983, on the 16th day of August, 2023.

2.  In accordance with subsection 32(1) of the Act, the debtor company gives you notice of its intention to disclaim or resiliate the following agreement:

    [Description of Agreement], dated as of _____ by and among [Party A] and [Party B]

3.  In accordance with subsection 32(2) of the Act, any party to the agreement may, within 15 days after the day on which this notice is given and with notice to the other parties to the agreement and to the Monitor, apply to court for an order that the agreement is not to be disclaimed or resiliated.

4.  In accordance with paragraph 32(5)(*a*) of the Act, if no application for an order is made in accordance with subsection 32(2) of the Act, the agreement is disclaimed or resiliated on the 19th day of November, 2023, being 30 days after the day on which this notice has been given.

Dated at Hurst, Texas on October 20, 2023

_____
NextPoint Financial, Inc.

The Monitor approves the proposed disclaimer or resiliation.

Dated at Ottawa, Ontario on October 20, 2023

_____
FTI Consulting Canada, Inc.

# **Exhibit B**

 STRETTO

**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 1305 VETERANS PARKWAY, LLC | C/O HOUSTON M. OPPENHEIMER, PLLC | WATERFRONT PARK PLACE, SUITE 401 | 222 EAST WITHERSPOON STREET | LOUISVILLE | KY | 40202 | |
| 215 BANDERA ASSOCIATES LLC | C/O VALCOR COMMERCIAL REAL ESTATE | 1723 N LOOP 1604E, SUITE 204 | | SAN ANTONIO | TX | 78232 | |
| 565 WEST SIDE, LLC. | | 365 EGE AVE. | | JERSEY CITY | NJ | 7304 | |
| 7957 MALL ROAD, LLC. | ATTN: DENNIS KAW | 321 W 84TH AVE UNIT A | | THORNTON | CO | 80260 | |
| ANCHOR DAYTON LLC | C/O BRIAN S HALE | 3035 RHEA COUNTY HIGHWAY, SUITE 150 | | DAYTON | TN | 37321 | |
| ARAM SKC CORPORATION | | 1328 NORTH COLUMBUS AVENUE, UNIT 4 | | GLENDALE | CA | 91202 | |
| BRIGHT-MEYERS CLEVELAND ASSOCIATES, L.P. | FLETCHER BRIGHT COMPANY | 537 MARKET STREET SUITE 400 | | CHATTANOOGA | TN | 37402 | |
| CAREER BUILDER, LLC | | 200 NORTH LASALLE STREET, STE. 900 | | CHICAGO | IL | 60601 | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | | | |
| DAMMAD PROPERTIES, LLC | | 4320 UNION ROAD | | CHEEKTOWAGA | NY | 14225 | |
| DL INVESTMENT PROPERTIES | C/O: DAVID GASKINS | 3242 MAIN STREET | | WEIRTON | WV | 26062 | |
| E&E 0416 LLC | | 520 S VIRGIL AVE., SUITE 301 | | LOS ANGELES | CA | 90020 | |
| EL SEGUNDO CENTER-BURKES INVESTMENT GROUP | | PO BOX 5334 | | BEVERLY HILLS | CA | 90209 | |
| FAIRFAX ASSOCIATES, LLC. | COLLETT & ASSOCIATES | ATTN: SID WELCH | 1111 METROPOLITAN AVENUE, SUITE 700 | CHARLOTTE | NC | 28204-3424 | |
| FLEX REVOLUTION, LLC | ATTN: RICHARD HOUSE | 901 YAMOTO ROAD | SUITE 260 | BOCA RATON | FL | 33431 | |
| FRISCO MANAGEMENT, LLC | ATTN: VICE PRESIDENT, CORPORATE PARTNERSHIPS; ATTN: LEGAL DEPARTMENT | 1 COWBOYS WAY | SUITE 100 | FRISCO | TX | 75034 | |
| GBR BALLSTON AVENUE LIMITED COMPANY AND PLAZA SOUTH RESOURCES, L.P. | C/O GIBRALTAR MANAGEMENT CO., INC. | 150 WHITE PLAINS ROAD, SUITE 400 | | TARRYTOWN | NY | 10591 | |
| GOLDSTEIN-FAIRFIELD LLC DBA SOLANO STORAGE CENTER | | PO BOX 459 | | WALNUT CREEK | CA | 94597 | |
| GRAHAM G.P. | | PO BOX 12489 | | KNOXVILLE | TN | 37912 | |
| GRAHAM G.P. | KENNERLY, MONTGOMERY & FINLEY, P.C. | JONATHAN H. PEYTON, ESQUIRE | PO BOX 442 | KNOXVILLE | TN | 37901 | |
| HUANG'S INVESTMENT, LLC. | | 800 W. 6TH STREET, 6TH FLOOR | SUITE 600 | LOS ANGELES | CA | 90017 | |
| ISOMER GROUP, INC | ATTN: TOM LUNT | 211 COMMERCE DRIVE | | MEDINA | OH | 44256-1398 | |
| KING GROUP MGMT LLC AND 2485 NORTH COLUMBIA STEET, LLC | C/O FICKLING MANAGEMENT SERVICES, LLC | P.O. BOX 310 | | MACON | GA | 31202 | |
| KNN PROPERTIES, LLC | ATTN: RUSSELL L. RINER | 110 WEST MCCARTY ST. | | SANDERSVILLE | GA | 31082 | |
| LAUFU I, LLC | ATTN: JOSH D'ELIA | 800 ANTLER DRIVE | | CASPER | WY | 82601 | |
| MAPLE DRIVE PARTNERS, LLP | | 3151 MAPLE DRIVE NE | | ATLANTA | GA | 30305 | |
| MASSIE-CLARKE DEVELOPMENT CO. | | 4131 BENTTREE DRIVE, PO BOX 22224 | | OWENSBORO | KY | 42304 | |
| MATTHEWS PROPERTIES, LLC. | ATTN: HAL C. MATTHEWS | 5601 JFK BOULEVARD, SUITE 200 | | NORTH LITTLE ROCK | AR | 72116 | |
| NORTH MALL ASSOCIATES | POMEGRANTE RE | MICHAEL B. WILLNER | 123 COULTER AVENUE, SUITE 100 | ARDMORE | PA | 19003 | |
| NORTH OC FINANCIAL SERVICES INC | ATTN: KAREN MIRANDA | 3729 TWEEDY BLVD | | SOUTH GATE | CA | 90280 | |
| OMNINET PROPERTIES MANCHESTER CENTER LLC | | 1901 E. SHIELDS AVENUE, SUITE 2032 | | FRESNO | CA | 93726 | |
| OMNINET PROPERTIES MANCHESTER CENTER LLC | | 9420 WILSHIRE BLVD, SUITE 400 | | BEVERLY HILLS | CA | 90212 | |
| ONE FORDHAM PLAZA LLC | | 225 ASYLUM STEET, 29TH FLOOR | | HARTFORD | CT | 6103 | |
| PAPPAS PLAZA REALTY | | PO BOX 1721 | | TARPON SPRINGS | FL | 34688 | |
| PINEGROVE LLC | | 323 SOUTH RIVER RUN RD., SUITE 1 | | FLAGSTAFF | AZ | 86001 | |
| RASTCO LLC | ATTN: MIKEL RASTEGAR | 291 SOUTH LACIENEGA BLVD., #311 | | BEVERLY HILLS | CA | 90211 | |
| RJS MARINE, INC. | | 1800 I35 #200 | | CARROLLTON | TX | 75006 | |
| RPI SKILLMAN ABRAMS S.C., LTD; CHEROKEE CREEKSIDE LLC; MEADOWS CREEKSIDE LLC; PECAN CREEKSIDE LLC; FORT WORTH CREEKSIDE LLC; AND WESTERN CREEKSIDE LLC. | C/O RETAIL PLAZAS, INC. | 2929 CARLISLE ST. | | DALLAS | TX | 75204 | |
| SIS PROPERTY LLC | | 18957 VAN BUREN BLVD., STE. C | | RIVERSIDE | CA | 92508 | |
| SOBRO 2535, LLC | | 2387 LIBERTY WAY | | VIRGINIA BEACH | VA | 23456 | |
| SOBRO 2535, LLC | | 50 REMSEN ROAD | | GREAT NECK | NY | 11024 | |
| SOBRO 2535, LLC | ATTN: KEY VAN GHAYTANPHI | 26 HARBOR PARK DR. | | PORT WASHINGTON | NY | 11055 | |
| STEVEN'S PROPERTIES, INC. | | 51830 GRAND RIVER | | WIXOM | MI | 48393 | |
| SYNDICIS, LLC. | | 360 N. PACIFIC COAST HIGHWAY, SUITE 2000 | | EL SEGUNDO | CA | 90245 | |
| THE LERU COMPANY | C/O U.S. REALTY MANAGEMENT CO., LLC | 3003 ENGLISH CREEK AVENUE, SUIIITE D-13 A | | EGG HARBOR TOWNSHIP | NJ | 8234 | |
| TIFTON RETAIL I LLC | | 1810 WATER PLACE | SUITE 220 | ATLANTA | GA | 30339 | |
| TREEHOUSE PROPERTIES LLC | | PO BOX 6626 | | BOISE | ID | 83707 | |
| TRINITY HILLS PROPERTIES, LLC | C/O TRINITY HILLS PROPERTIES, LLC | ATTN: WAYNE SOUD | P.O. BOX 4398 | EASTMAN | GA | 31023 | |
| TURLOCK LANDER PARTNERS, LLC | | PO BOX 14173 | | FREMONT | CA | 94539 | |
| UNION SQUARE SHOPPING, INC. | | PO BOX 284 | | CONNERSVILLE | IN | 47331 | |
| XERO, INC. | | 1333 8 STREET SW | SUITE 800 | CALGARY | AB | T2R 1M6 | CANADA |

In re: NextPoint Financial Inc., et al.
Case No. 23-10983 (TMH)

Page 1 of 1