# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| NEXTPOINT FINANCIAL INC., *et al.*, | Case No. 23-10983 (TMH) |
| Debtors in a foreign proceeding.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sharon Lee, depose and say that I am employed by Stretto, the proposed claims and noticing agent for the Debtors in the above-captioned cases.

On October 27, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **Notice by Debtor Company to Disclaim or Resiliate an Agreement** (substantially in the form as **Exhibit A**)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: November 1, 2023

/s/ Sharon Lee
Sharon Lee

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 1st day of November, 2023 by Sharon Lee proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450); JTH Court Plaza, LLC (2116); 360 Accounting Solutions LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores, LLC (3810); InsightsLogic, LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

# **<u>Exhibit A</u>**

**FORM 4**

**NOTICE BY DEBTOR COMPANY TO DISCLAIM OR RESILIATE AN AGREEMENT**

To FTI Consulting Canada Inc., in its capacity as court-appointed monitor (the "**Monitor**"), and [PARTY TO THE CONTRACT],

Take notice that:

1. Proceedings under the *Companies' Creditors Arrangement Act* ("**the Act**") in respect of NextPoint Financial, Inc. and its subsidiaries, including Community Tax LLC ("**Community Tax**"), were commenced on the 25th day of July, 2023 in the Supreme Court of British Columbia, Vancouver Registry under No. S-235288, which proceedings were recognized as foreign main proceedings under Chapter 15 of the U.S. Bankruptcy Code by the U.S. Bankruptcy Court for the District of Delaware, Case No. 23-10983, on the 16th day of August, 2023.

2. In accordance with subsection 32(1) of the Act, the debtor company gives you notice of its intention to disclaim or resiliate the following agreement:

   [Description of Agreement], dated as of _____ by and among [Party A] and [Party B]

3. In accordance with subsection 32(2) of the Act, any party to the agreement may, within 15 days after the day on which this notice is given and with notice to the other parties to the agreement and to the Monitor, apply to court for an order that the agreement is not to be disclaimed or resiliated.

4. In accordance with paragraph 32(5)(*a*) of the Act, if no application for an order is made in accordance with subsection 32(2) of the Act, the agreement is disclaimed or resiliated on the 26th day of November, 2023, being 30 days after the day on which this notice has been given.

Dated at Hurst, Texas on October 27, 2023

_____
NextPoint Financial, Inc.

The Monitor approves the proposed disclaimer or resiliation.

Dated at Vancouver, British Columbia on October 27, 2023

_____
FTI Consulting Canada, Inc.

# **<u>Exhibit B</u>**



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| CENTRAL PENN AD LLC & STEVE OAKS | ATTN: JAMES STEVEN OAKS | 63 STARBOARD COURT | RIDGELEY | WV | 26753 |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS ON FILE | | | |
| M&M BUSINESS GROUP L.P. | ATTN: MICHAEL BUDKA | 375 S CAMEO WAY | BREA | CA | 92823 |
| RHINES FINANCIAL LLC | ATTN: EILEEN RHINES | 295 BUNKER DR | HANOVER TOWNSHIP | PA | 18706 |
| SSBR ENTERPRISES LLC | ATTN: SHAVINDER SANDHU | 1785 HASTINGS WAY | YUBA CITY | CA | 95991 |
| TAX SERVICE VENTURES LLC | ATTN: EDWARD FOY | 600 BOLL WEEVIL CIRCLE STE 8 | ENTERPRISE | AL | 36330 |

In re: NextPoint Financial Inc., et al.
Case No. 23-10983 (TMH)

Page 1 of 1