# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEXTPOINT FINANCIAL INC., *et al.*,<br><br>Debtors in a foreign proceeding.[1] | Chapter 15<br><br>Case No. 23-10983 (TMH)<br><br>**Re: D.I. Nos. 80, 88, 98**<br>**Hearing Date: November 6, 2023, at**<br>**11:00 a.m. (ET)** |

## WITNESS AND EXHIBIT LIST FOR HEARING
## SCHEDULED ON NOVEMBER 6, 2023, AT 11:00 A.M. (ET)

NextPoint Financial Inc. ("**NextPoint**") in its capacity as the duly-appointed foreign representative (the "**Foreign Representative**") for the above-captioned foreign debtors (collectively, the "**Foreign Debtors**") in the proceedings[2] currently pending before the Supreme Court of British Columbia, initiated under the Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, by and through its undersigned counsel, respectfully file this Witness and Exhibit List identifying the individual(s) that the Foreign Representative may call as witnesses and the documents that may be used at the hearing to be held on November 6, 2023 at 11:00 a.m. (ET) (the "**Hearing**") before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions, LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Stores LLC (3810); InsightsLogic LLC (0818); LM 2020 CM I SPE, LLC (N/A); and LM BP Holdings LLC (6776). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

[2] Information on the Canadian Proceedings and documents filed in connection therewith, including reports from the Monitor (as defined herein) and motion materials, can be found at the website of the Monitor at http://cfcanada.fticonsulting.com/nextpoint/.

the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 7, Wilmington, Delaware, 19801.

## Witnesses

The Foreign Representative may call the following witnesses at the Hearing:

1. **Colin Brousson, Counsel to the Foreign Debtors**: Mr. Brousson will testify via declaration [D.I. 82] in support of the *Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially all of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief* [D.I. 80] (the "**Recognition Motion**");

2. **Peter Kravtiz, Chief Restructuring Officer of NextPoint**: Mr. Kravitz will testify via declaration [D.I. 81] in support of the Recognition Motion;

3. **Brian Ashcraft, Vice President of Franchise Development of JTH Tax, Inc. d/b/a Liberty Tax Service**: Mr. Ashcraft will testify via *Declaration of Authenticity of Business Records* [D.I. 99];

4. Any witness listed or called by any other party;

5. Rebuttal witnesses as necessary; and

6. The Foreign Representative also reserves the right to cross-examine any witness called by any another party.

## Exhibits

The Foreign Representative designates the following exhibits that may be used at the Hearing:

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| | Recognition Motion | | | | | | |
| 1. | Exhibit B: Draft Transaction Agreement | | | | | | |
| | All exhibits attached to Exhibit B [D.I. 98-2] (the "**Proposed Reply**") of the *Motion of the Foreign Representative for Leave to File Late Reply in Support of Recognition Motion* [D.I. 98] (the "**Motion for Leave**") | | | | | | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 2. | Proposed Reply, Exhibit A-1: Area Developer Agreement dated as of July 13, 2018 by and among JTH Tax, Inc. and Mike Budka and Mufeed Haddad (Entity 4711) | | | | | |
| 3. | Proposed Reply, Exhibit A-2: Area Developer Agreement dated as of August 15, 2018 by and among JTH Tax, Inc. and M&M Business Group L.P. (Entity 2532) | | | | | |
| 4. | Proposed Reply, Exhibit A-3: Area Developer Agreement dated as of August 15, 2018 by and among JTH Tax, Inc. and Mufeed Haddad (Entity 4693) | | | | | |
| 5. | Proposed Reply, Exhibit A-4: Area Developer Agreement dated as of February 28, 2014 by and among JTH Tax, Inc. and Mufeed Haddad (Entity 7700) | | | | | |
| 6. | Proposed Reply, Exhibit A-5: Area Developer Agreement dated as of July 25, 2006 by and among JTH Tax, Inc. and Gorilla Tax Services, Inc. (Entity 4248) | | | | | |
| 7. | Proposed Reply, Exhibit A-6: Area Developer Agreement dated as of October 29, 2007 by and among JTH Tax, Inc. and Gorilla Tax Services, Inc. (Entity 4248) | | | | | |
| 8. | Proposed Reply, Exhibit A-7: Area Developer Agreement dated as of October 29, 2007 by and among JTH Tax, Inc. and Sarkauskas Empire Inc. (Entity 4738) | | | | | |
| 9. | Proposed Reply, Exhibit A-8: Area Developer Agreement dated as of June 7, 2007 by and among JTH Tax, Inc. and Sarkauskas Empire Inc. (Entity 4738) | | | | | |
| 10. | Proposed Reply, Exhibit A-9: Area Developer Agreement dated as of December 29, 2006 by and among JTH Tax, Inc. and Sarkauskas Enterprises, LLC (Entity 4671) | | | | | |
| 11. | Proposed Reply, Exhibit A-10: Area Developer Agreement dated as of October 29, 2007 by and among JTH Tax, Inc. and Sarkauskas Enterprises, LLC (Entity 4671) | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12. | Proposed Reply, Exhibit A-11: Area Developer Agreement dated as of April 8, 2009 by and among JTH Tax, Inc. and Sarkauskas Enterprises, LLC (Entity 4671) | | | | | |
| 13. | Proposed Reply, Exhibit A-12: Area Developer Agreement dated as of January 23, 2008 by and among JTH Tax, Inc. and Mufeed Haddad, Michael N. Budka, Mark C. Johnson, and Mary G. Johnson, as Tenants in Common (Entity 5167) | | | | | |
| 14. | Proposed Reply, Exhibit A-13: Area Developer Agreement dated as of November 28, 2012 by and among JTH Tax, Inc. and M&M Business Group, LP (Entity 2532) | | | | | |
| 15. | Proposed Reply, Exhibit A-14: Area Developer Agreement dated as of December 3, 2014 by and among JTH Tax, Inc. and M&M Business Group, LP (Entity 2532) | | | | | |
| 16. | Proposed Reply, Exhibit A-15: Area Developer Agreement dated as of August 13, 2007 by and among JTH Tax, Inc. and Mufeed Haddad (Entity 4878) | | | | | |
| 17. | Proposed Reply, Exhibit B: Correspondence between JTH Tax LLC d/b/a Liberty Tax Service and Michael Budka, Mufeed Haddad, Gorilla Tax Services, Inc., Brad Sarkauskas, M&M Business Group, L.P., Sarkauskas Enterprises LLC, Bradley Sarkauskas, Sarkauskas Empire Inc., Stan Sarkauskas, Rebecca Hubbard, James Sarkauskas, Mark C. Johnson, and Mary G. Johnson | | | | | |
| 18. | Proposed Reply, Exhibit C: Disclaimer Notices | | | | | |
| 19. | Proposed Reply, Exhibit D: Companies' Creditors Arrangement Act | | | | | |
| | All exhibits attached to the *Notice of Filing of (I) CCAA Vesting Order and (II) Final Transaction Agreement* [D.I. 91] (the "**Notice of Filing**") | | | | | |
| 20. | Notice of Filing, Exhibit A: CCAA Vesting Order | | | | | |
| 21. | Notice of Filing, Exhibit B: Redline of CCAA Vesting Order Against Version Filed with Recognition Motion | | | | | |

4

ACTIVE\1605200387.4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22. | Notice of Filing, Exhibit C: Transaction Agreement | | | | | | |
| 23. | Notice of Filing, Exhibit D: Redline of Transaction Agreement Against Version Filed with Recognition Motion | | | | | | |

The Foreign Representative reserves the right to amend or supplement this witness and exhibit list prior to the Hearing. Additionally, the Foreign Representative reserves the right to designate any exhibit listed or offered by any other party, any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party, any pleading or other document filed with the Court on the docket of the above-captioned chapter 15 cases.

Dated: November 4, 2023  
       Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ R. Craig Martin*  
R. Craig Martin, Esq. (DE 5032)  
1201 N. Market Street, Suite 2100  
Wilmington, DE 19801  
Telephone: (302) 468-5700  
Facsimile: (302) 394-2462  
Email: craig.martin@us.dlapiper.com

-and-

Rachel Ehrlich Albanese, Esq. (admitted *pro hac vice*)  
Jamila Justine Willis, Esq. (admitted *pro hac vice*)  
1251 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 335-4500  
Facsimile: (212) 335-4501  
Email: rachel.albanese@us.dlapiper.com  
          jamila.willis@us.dlapiper.com

*Counsel to the Foreign Representative*