# **<u>Exhibit B</u>**



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 798 TREMONT | AINI & ASSOCIATES PLLC | | ARIELBIVAS@AINILAW.COM |
| ABREU, LEOPOLDO DURAN | | | ADDRESS ON FILE |
| AGNANT, ALEXIA | | | ADDRESS ON FILE |
| BP COMMERCIAL FUNDING TRUST, BP SLL TRUST, SERIES SPL-III, AND BP COMMERCIAL FUNDING TRUST II, SERIES SPL-I | C/O KIRKLAND & ELLIS INTERNATIONAL LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: BRIAN SCHARTZ, P.C. AND ALLYSON B. SMITH | BRIAN.SCHARTZ@KIRKLAND.COM ALLYSON.SMITH@KIRKLAND.COM |
| BP COMMERCIAL FUNDING TRUST, BP SLL TRUST, SERIES SPL-III, AND BP COMMERCIAL FUNDING TRUST II, SERIES SPL-I | C/O KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: GABRIELA Z. HENSLEY | GABRIELA.HENSLEY@KIRKLAND.COM |
| BP COMMERCIAL FUNDING TRUST, BP SLL TRUST, SERIES SPL-III, AND BP COMMERCIAL FUNDING TRUST II, SERIES SPL-I | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, JAMES E. O'NEILL, AND EDWARD A. CORMA | LJONES@PSZJLAW.COM JONEILL@PSZJLAW.COM ECORMA@PSZJLAW.COM |
| BRANDON ALI | | | ADDRESS ON FILE |
| CABRERA | | | ADDRESS ON FILE |
| CMB TAX SERVICE, LLC / SERBUS | BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP | ERIC M. DAVIDGREG GAUGHTWILLIAM A. ROBERTSONEDWIN L. WEST, III | EDAVID@BROOKSPIERCE.COM GGAUGHT@BROOKSPIERCE.COM WROBERTSON@BROOKSPIERCE.COM EWEST@BROOKSPIERCE.COM |
| DEPARTMENT OF JUSTICE ("DOJ") AND IRS | SEAN JANSEN | OFFICE OF THE UNITED STATES ATTORNEY | SEAN.JANSEN@USDOJ.GOV |
| DISTRICT OF COLUMBIA | OFFICE OF CONSUMER PROTECTION ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA | WENDY WEINBERG | WENDY.WEINBERG@DC.GOV |
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | | OAG@DC.GOV |
| DRAKE ENTERPRISES LTD | C/O COLE SCHOTZ PC | ATTN: JUSTIN R. ALBERTO, PATRICK J. REILLEY, AND STACY L. NEWMAN | JALBERTO@COLESCHOTZ.COM PREILLEY@COLESCHOTZ.COM SNEWMAN@COLESHOTZ.COM |
| DRAKE ENTERPRISES LTD | C/O COLE SCHOTZ PC | ATTN: JUSTIN R. ALBERTO, PATRICK J. REILLEY, AND STACY L. NEWMAN | JALBERTO@COLESCHOTZ.COM PREILLEY@COLESCHOTZ.COM SNEWMAN@COLESHOTZ.COM |
| FIRST BANK | KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | LAUREN C. KISS | LKISS@KLESTADT.COM |
| GILBERT, STEPHEN A. | | | ADDRESS ON FILE |
| GILBERT, STEPHEN A. | | | ADDRESS ON FILE |
| GORILLA TAX SERVICES, INC. | CALIHAN LAW PLLC | ROBERT B. CALIHAN | RCALIHAN@CALIHANLAW.COM |
| GORILLA TAX SERVICES, INC. | DAVIS LAW, PLC | CHRISTOPHER D. DAVIS AND DESTINEE B. BYERS | CHRIS@DAVISLAWPLC.COM DESTINEE@DAVISLAWPLC.COM |
| GULF COAST MARKETING GROUP INC. | DAVIS LAW, PLC | CHRISTOPHER D. DAVIS AND DESTINEE B. BYERS | CHRIS@DAVISLAWPLC.COM DESTINEE@DAVISLAWPLC.COM |
| M&M BUSINESS GROUP, LP | DAVIS LAW, PLC | CHRISTOPHER D. DAVIS AND DESTINEE B. BYERS | CHRIS@DAVISLAWPLC.COM DESTINEE@DAVISLAWPLC.COM |
| MARK JOHNSON | | | ADDRESS ON FILE |
| MARTIN, SHAWN | | | ADDRESS ON FILE |
| MERIDIAN POWER GROUP INC. | THE PRITCHETT LAW GROUP | STEVEN J. PRITCHETT, ESQ. | STEVEN.PRITCHETT@THEPRITCHETTLAWGROUP.COM |
| MICHAEL BUDKA | | | ADDRESS ON FILE |
| MICHAEL JACOBS | | | ADDRESS ON FILE |
| MICHAEL M. KIMBREW | | | ADDRESS ON FILE |
| MUFEED HADDAD | | | ADDRESS ON FILE |
| OFFICE OF THE UNITED STATES TRUSTEE | U. S. DEPARTMENT OF JUSTICE | ATTN: TIMOTHY JAY FOX JR. | TIMOTHY.FOX@USDOJ.GOV; |

In re: NextPoint Financial Inc., et al.
Case No. 23-10983 (TMH)

Page 1 of 2



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| RENE LABRADO | | | ADDRESS ON FILE |
| ROAD KING DEVELOPMENT, INC. | DAVIS LAW, PLC | CHRISTOPHER D. DAVIS AND DESTINEE B. BYERS | CHRIS@DAVISLAWPLC.COM DESTINEE@DAVISLAWPLC.COM |
| SARKAUSKAS EMPIRE, INC. | CALIHAN LAW PLLC | ROBERT B. CALIHAN | RCALIHAN@CALIHANLAW.COM |
| SARKAUSKAS EMPIRE, INC. | DAVIS LAW, PLC | CHRISTOPHER D. DAVIS AND DESTINEE B. BYERS | CHRIS@DAVISLAWPLC.COM DESTINEE@DAVISLAWPLC.COM |
| SARKAUSKAS ENTERPRISES, LLC | CALIHAN LAW PLLC | ROBERT B. CALIHAN | RCALIHAN@CALIHANLAW.COM |
| SHEILA AND DENNIS SMITH | | | ADDRESS ON FILE |
| SHIRLEGHTA GIVAN | | | ADDRESS ON FILE |
| TARRANT COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | DALLAS.BANKRUPTCY@LGBS.COM |
| TUAN VO | | | ADDRESS ON FILE |
| TUAN VO | | | ADDRESS ON FILE |
| TURNER, BRENT | | | ADDRESS ON FILE |
| TYESHA JACKSON WISE | | | ADDRESS ON FILE |
| U.S. DEPARTMENT OF JUSTICE - TAX DIVISION | RUSSELL J. EDELSTEIN (TRIAL ATTORNEY) AND JAMES F. BRESNAHAN II (TRIAL ATTORNEY) | | RUSSELL.J.EDELSTEIN@USDOJ.GOV JAMES.F.BRESNAHAN@USDOJ.GOV |
| WHITE, CHANNELL | | | ADDRESS ON FILE |

In re: NextPoint Financial Inc., et al.
Case No. 23-10983 (TMH)

Page 2 of 2