IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| NEXTPOINT FINANCIAL INC., *et al.*, | Case No. 23-10983 (TMH) |
| Debtors in a foreign proceeding.[1] | (Jointly Administered) |

### AMENDED SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sharon Lee, depose and say that I am employed by Stretto, the proposed claims and noticing agent for the Debtors in the above-captioned cases.

On or before August 22, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Certificate of No Objection Regarding (I) Motion of the Foreign Representative for Chapter 15 Recognition and Final Relief and (II) Motion of the Foreign Representative for Entry of an Order Recognizing and Enforcing the SISP Order and Related Relief** (Docket No. 51)

In accordance with the redaction procedures outlined in the *Final Order Authorizing Redaction of Certain Personally Identifiable Information of Individual Stakeholders* [Docket No. 56], Exhibit A has been revised to disclose additional information for applicable notice parties. At the time of this Amended Affidavit of Service, there are no additional service parties to include herein.

Dated: November 8, 2023

/s/ Sharon Lee
Sharon Lee

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 8th day of November, 2023, by Sharon Lee, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/

SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450); JTH Court Plaza, LLC (2116); 360 Accounting Solutions LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores, LLC (3810); InsightsLogic, LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Capital Community Bank | Capital Community Bank | Attn: Eric Rollins | 1909 W State Rd | Pleasant Grv | UT | 84062-4081 |
| Capital Community Bank - Sandy Beach | Capital Community Bank - Sandy Beach | 1909 W State Rd | | Pleasant Grv | UT | 84062-4081 |
| Fahad M. Islam | | Address on File | | | | |
| Israel Lopez | | Address on File | | | | |
| Jason Anderson | | Address on File | | | | |
| LTS Entrepreneurs LLC | LTS Entrepreneurs LLC | Attn: Sumant Parikh | 661 Longfellow Dr | Placentia | CA | 92870-2012 |
| Lucindy Anderson | | Address on File | | | | |
| Naveen Kumar | | Address on File | | | | |

In re: NextPoint Financial Inc., et al.
Case No. 23-10983 (TMH)

Page 1 of 1