IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| NEXTPOINT FINANCIAL INC., *et al.*, | Case No. 23-10983 (TMH) |
| Debtors in a foreign proceeding.[1] | (Jointly Administered) |

## AMENDED SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sharon Lee, depose and say that I am employed by Stretto, the proposed claims and noticing agent for the Debtors in the above-captioned cases.

On or before August 29, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Certificate of No Objection Regarding (I) Motion of the Foreign Representative for Chapter 15 Recognition and Final Relief and (II) Motion of the Foreign Representative for Entry of an Order Recognizing and Enforcing the SISP Order and Related Relief** (Docket No. 51)

Furthermore, on August 29, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**, pursuant to USPS forwarding instructions:

- **Ex Parte Motion for Provisional Relief in the Form of a Temporary Restraining Order and, After Notice and a Hearing, an Order for Provisional Relief Under Section 1519 of the Bankruptcy Code** (Docket No. 6)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores, LLC (3810); InsightsLogic, LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

- **Order Granting Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code**
  (Docket No. 39)

In accordance with the redaction procedures outlined in the *Final Order Authorizing Redaction of Certain Personally Identifiable Information of Individual Stakeholders* [Docket No. 56], the above referenced exhibits have been revised to disclose additional information for applicable notice parties. At the time of this Amended Affidavit of Service, there are no additional service parties to include herein.

Dated: November 8, 2023

_____
Sharon Lee

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 8th day of November, 2023, by Sharon Lee, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

# **<u>Exhibit A</u>**



## Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Angela Byrd | | Address on File | | | | | |
| BMWilson LLC | BMWilson LLC | Attn: Michelle Wilson | 3042 Saltwell Rd | | Bridgeport | WV | 26330-7112 |
| Cynetta Tave | | Address on File | | | | | |
| Demitrius Williams | | Address on File | | | | | |
| Dennis Pryor | | Address on File | | | | | |
| Fahad M. Islam | | Address on File | | | | | |
| Inexodus LLC | Inexodus LLC | Attn: Bayo Ogundele | 3310 N 143rd Ln | | Goodyear | AZ | 85395-8478 |
| Israel Lopez | | Address on File | | | | | |
| Jason Anderson | | Address on File | | | | | |
| LegalEye Consulting LLC | LegalEye Consulting LLC | Attn: Lowrance Fisher | 42 Broadway | Ste 1744 | New York | NY | 10004-3875 |
| Renee Enterprises LLC | Renee Enterprises LLC | Attn: Tonya Brown | 451 E Main St | | Circleville | OH | 43113-1843 |
| TMI Trust Company | TMI Trust Company | 101 Summit Ave | Ste 510 | | Fort Worth | TX | 76102-2613 |

In re: NextPoint Financial Inc., et al.
Case No. 23-10983 (TMH)

Page 1 of 1

# **<u>Exhibit B</u>**



## Exhibit B
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Andre St David | | Address on File | | | | | |
| Arlington Square LP | c o Newmark Merrill Companies | 24025 Park Sorrento | | | Calabasas | CA | 91302-4001 |
| Aura Financial | | 2301 E Evesham Rd | Ste 210 | | Voorhees | NJ | 08043-4504 |
| Bao Vong | | Address on File | | | | | |
| Blackrock MGMT Group Inc | | 751 Centerwood St | | | West Babylon | NY | 11704-2126 |
| BusinessPlans Inc | | 1 Tyler Way | | | Moraine | OH | 45439-7503 |
| Buyersroad Inc | | 2010 Crow Canyon Pl | Ste 100 | | San Ramon | CA | 94583-1344 |
| Casper Western Real Estate LLC Do Not Use | c o Mc Commercial Real Estate | 2851 S Parker Rd | Ph 20 | | Aurora | CO | 80014-2801 |
| City of Stoughton Treasurer | | 207 S Forrest St | | | Stoughton | WI | 53589-1718 |
| Daniel T Thiemann | | Address on File | | | | | |
| Dave Edgemon Deanna Edgemon | | Address on File | | | | | |
| Douglas A Bush | | Address on File | | | | | |
| En Corrigan LLC DBA Corrigan Realty Tic | c o Ciminelli Real Estate Services | 4100 W Kennedy Blvd | Ste 105 | | Tampa | FL | 33609-2243 |
| Epicor Software Corporation | | 807 Las Cimas Pkwy | Ste 400 | | Austin | TX | 78746-6188 |
| Finlayson Toffer Roosevelt and Lilly LLP | | 15615 Alton Pkwy | Ste 270 | | Irvine | CA | 92618-7307 |
| Idaho Department of Finance | | PO Box  83720 | | | Boise | ID | 83720-0003 |
| Innovative Funding Solutions Inc | | PMB 411 | 6231 PGA Blvd | Ste 104 | Palm Bch Gdns | FL | 33418-4033 |
| Insurancenewsnetcom Inc | | 150 Corporate Center Dr | Ste 200 | | Camp Hill | PA | 17011-1759 |
| Kovel Fuller LLC | | 23400 Covello St | | | Canoga Park | CA | 91304-5333 |
| Lynn Properties LLC | | 2800 New Pinery Rd | Ste 2 | | Portage | WI | 53901-9293 |
| Monevo Inc | | 169 Saxony Rd | Ste 212 | | Encinitas | CA | 92024-6781 |
| National Business Capital | | 80 Arkay Dr | Ste 215 | | Hauppauge | NY | 11788-3705 |
| NTERSOL | | 400 Spectrum Center Dr | Ste 2180 | | Irvine | CA | 92618-5024 |
| Peter Woroniecki | | Address on File | | | | | |
| Plano Molding Company | | 500 Duvick Ave | | | Sandwich | IL | 60548-7032 |
| Presley Public Relations and Marketing LLC DBA Presley Media | | PO Box 24486 | | | Omaha | NE | 68124-0486 |
| RBS Citizens NA | | 6903 Rockledge Dr | Ste 525 | | Bethesda | MD | 20817-1832 |
| Robinson Curley and Clayton PC | | 200 N La Salle St | Ste 1550 | | Chicago | IL | 60601-1034 |
| Rock Newton Citizen | | 920 Green St SW | | | Conyers | GA | 30012-5310 |
| Shiekh Ellahi | | Address on File | | | | | |
| Sidem LLC | DBA IRS Nationwide Tax Forums | 4315 50th St NW | Ste 1 | | Washington | DC | 20016-4393 |
| Simplify Compliance LLC | | 5511 Virginia Way | Ste 150 | | Brentwood | TN | 37027-7688 |
| Stuart Rhodes | | Address on File | | | | | |
| Tifton Retail I LLC | | 1003 Alpharetta St | # 100 | | Roswell | GA | 30075-3601 |
| UC Advantage Inc | | 15 Enterprise | Ste 420 | | Aliso Viejo | CA | 92656-2655 |
| Western CPE LLC | | PO Box 3987 | | | Bozeman | MT | 59772-3987 |
| Wex Health Inc | DBA Wex | 700 26th Ave E | | | West Fargo | ND | 58078-6617 |
| William H Smith Jr | | Address on File | | | | | |

In re: NextPoint Financial Inc., et al.
Case No. 23-10983 (TMH)