IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| NEXTPOINT FINANCIAL INC., *et al.*, | Case No. 23-10983 (TMH) |
| Debtors in a foreign proceeding.[1] | (Jointly Administered) |

## AMENDED SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sharon Lee, depose and say that I am employed by Stretto, the proposed claims and noticing agent for the Debtors in the above-captioned cases.

On or before October 3, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Foreign Debtors' Statement Under 11 U.S.C. § 1518** (Docket No. 74)

In accordance with the redaction procedures outlined in the *Final Order Authorizing Redaction of Certain Personally Identifiable Information of Individual Stakeholders* [Docket No. 56], Exhibit A has been revised to disclose additional information for applicable notice parties. At the time of this Amended Affidavit of Service, there are no additional service parties to include herein.

Dated: November 8, 2023

_____
Sharon Lee

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 8th day of November, 2023, by Sharon Lee, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450); JTH Court Plaza, LLC (2116); 360 Accounting Solutions LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores, LLC (3810); InsightsLogic, LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Ameerah S. Adejola | | Address on File | | | |
| Angela Byrd | | Address on File | | | |
| Demitrius Williams | | Address on File | | | |
| Dennis Pryor | | Address on File | | | |
| Financial Change Solutions LLC | Attn: Jolanda Hamilton | 13372 Mannheim Dr | Frisco | TX | 75033-0931 |
| Israel Lopez | | Address on File | | | |
| Jolanda Hamilton | | Address on File | | | |
| TMI Trust Company | | 133 Fort Hancock Cir | Wright City | MO | 63390-2986 |

In re: NextPoint Financial Inc., et al.
Case No. 23-10983 (TMH)

Page 1 of 1