IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| NEXTPOINT FINANCIAL INC., *et al.*, | Case No. 23-10983 (TMH) |
| Debtors in a foreign proceeding.[1] | (Jointly Administered) |

## AMENDED SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sharon Lee, depose and say that I am employed by Stretto, the proposed claims and noticing agent for the Debtors in the above-captioned cases.

On October 12, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on BMWilson LLC, Attn: Michelle Wilson at 3042 Saltwell Rd, Bridgeport, WV 26330-7112:

- **Foreign Debtors' Statement Under 11 U.S.C. § 1518** (Docket No. 74)

Furthermore, on October 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Order Recognizing Canadian Proceeding as a Foreign Main Proceeding and Granting Related Relief** (Docket No. 54)

- **Final Order Authorizing Redaction of Certain Personally Identifiable Information of Individual Stakeholders** (Docket No. 56)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores, LLC (3810); InsightsLogic, LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

- **Notice of Agenda for Hearing August 18, 2023, at 10:00 A.M. (ET) in Courtroom #72** (Docket No. 57)

In accordance with the redaction procedures outlined in the *Final Order Authorizing Redaction of Certain Personally Identifiable Information of Individual Stakeholders* [Docket No. 56], Exhibit A has been revised to disclose additional information for applicable notice parties. At the time of this Amended Affidavit of Service, there are no additional service parties to include herein.

Dated: November 8, 2023

                                                                    Sharon Lee

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 8th day of November, 2023, by Sharon Lee, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Angela Byrd | | Address on File | | | | |
| Capital Community Bank | Attn: Eric Rollins | 1909 W State Rd | | Pleasant Grv | UT | 84062-4081 |
| Capital Community Bank - Sandy Beach | | 1909 W State Rd | | Pleasant Grv | UT | 84062-4081 |
| Cynetta Tave | | Address on File | | | | |
| Demitrius Williams | | Address on File | | | | |
| Dennis Pryor | | Address on File | | | | |
| Fahad M. Islam | | Address on File | | | | |
| Faizan S Ahmed | | Address on File | | | | |
| Financial Change Solutions LLC | Attn: Jolanda Hamilton | 2752 Matera Dr | | Saint Cloud | FL | 34771-9154 |
| Inexodus LLC | Attn: Bayo Ogundele | 3310 N 143rd Ln | | Goodyear | AZ | 85395-8478 |
| Israel Lopez | | Address on File | | | | |
| Jason Anderson | | Address on File | | | | |
| Jolanda Hamilton | | Address on File | | | | |
| Kushal Neupane | | Address on File | | | | |
| Lucindy Anderson | | Address on File | | | | |
| Naveen Kumar | | Address on File | | | | |
| Renee Enterprises LLC | Attn: Tonya Brown | 451 E Main St | | Circleville | OH | 43113-1843 |
| TMI Trust Company | | 101 Summit Ave | Ste 510 | Fort Worth | TX | 76102-2613 |

In re: NextPoint Financial Inc., et al.
Case No. 23-10983 (TMH)

Page 1 of 1