**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| NEXTPOINT FINANCIAL INC., *et al.*, | Case No. 23-10983 (TMH) |
| Debtors in a foreign proceeding.[1] | (Jointly Administered) |
| | **Objection Deadline: November 28, 2023, at 4:00 p.m. ET** |
| | **Continued Hearing Date: December 11, 2023, at 10:00 a.m. ET** |

**NOTICE OF HEARING REGARDING**
**MOTION OF THE FOREIGN REPRESENTATIVE TO**
**EXCLUDE EVIDENCE REGARDING AREA DEVELOPER AGREEMENTS**

     **PLEASE TAKE NOTICE** that on November 5, 2023, NextPoint Financial Inc., in its capacity as the duly-appointed foreign representative for the above-captioned foreign debtors, in proceedings currently pending before the Supreme Court of British Columbia, initiated under the Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, filed the *Motion of the Foreign Representative to Exclude Evidence Regarding Area Developer Agreements* [D.I. 105] (the "Motion")[2] with the United State Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

     **PLEASE TAKE FURTHER NOTICE** that there will be a hearing on the Motion before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the Bankruptcy Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware, 19801, on **December 11, 2023, at 10:00 a.m. (ET)** (the "Hearing").

---

[1]     The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions LLC (8312); LTS Properties LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores, LLC (3810); InsightsLogic, LLC (0818); and LM 2020 CM I SPE, LLC (N/A).  The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

[2]     Capitalized terms used but not defined in this notice have the meaning ascribed to in Motion.

**PLEASE TAKE FURTHER NOTICE** that all objections or responses to the Motion must be (i) made in writing and (ii) filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served so as to be **received on or before 4:00 p.m. (ET) on November 28, 2023** (the "Objection Deadline") on (a) counsel to the Foreign Representative, DLA Piper LLP (US) (i) 1201 N. Market Street, Suite 2100, Wilmington, Delaware 19801 (Attn.: R. Craig Martin, Esq., craig.martin@us.dlapiper.com) and (ii) 1251 Avenue of the Americas, New York, New York 10020 (Attn.: Rachel Ehrlich Albanese, Esq., rachel.albanese@us.dlapiper.com and Jamila Justine Willis, Esq., jamila.willis@us.dlapiper.com); and (b) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn.: Timothy J. Fox, Jr., Esq.).

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion and all filings in the Debtors' cases are available without charge on the public website maintained by the Foreign Representative's noticing agent, Stretto, Inc., at https://cases.stretto.com/nextpoint/court-docket/.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  November 10, 2023
       Wilmington, Delaware

Respectfully submitted,

**DLA PIPER, LLP (US)**

*/s/ R. Craig Martin*
R. Craig Martin (DE 5032)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone:   (302) 468-5700
Facsimile:   (302) 394-2462
Email:       craig.martin@us.dlapiper.com

*-and-*

Rachel Ehrlich Albanese, Esq. (admitted *pro hac vice*)
Jamila Justine Willis, Esq. (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 335-4500
Facsimile:   (212) 335-4501
Email:       rachel.albanese@us.dlapiper.com
             jamila.willis@us.dlapiper.com

*Counsel to the Foreign Representative*