IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEXTPOINT FINANCIAL INC., *et al.*,<br><br>Debtors in a foreign proceeding.[1] | Chapter 15<br><br>Case No. 23-10983 (TMH)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Stretto, the proposed claims and noticing agent for the Debtors in the above-captioned cases.

On October 27, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Ex Parte Motion for Provisional Relief in the Form of a Temporary Restraining Order and, After Notice and a Hearing, an Order for Provisional Relief Under Section 1519 of the Bankruptcy Code** (Docket No. 6)

- **Amended Notice of Filing of Bankruptcy Petitions and Related Pleadings; Notice and Agenda of Hearing on First Day Motions Scheduled for July 27, 2023, at 1:00 P.M. (ET) in Courtroom #73** (Docket No. 15)

Furthermore, on November 1, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**, pursuant to USPS forwarding instructions:

- **Ex Parte Motion for Provisional Relief in the Form of a Temporary Restraining Order and, After Notice and a Hearing, an Order for Provisional Relief Under Section 1519 of the Bankruptcy Code** (Docket No. 6)

- **Order Granting Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code** (Docket No. 39)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores, LLC (3810); InsightsLogic, LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

Furthermore, on November 1, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, pursuant to USPS forwarding instructions:

- **Order Granting Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code** (Docket No. 39)

Dated: November 10, 2023

_____
Stephanie Delgado

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 10th day of November, 2023, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# Exhibit A



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Angela Byrd | | Address on File | | | | |
| Cynetta Tave | | Address on File | | | | |
| Financial Change Solutions LLC | Attn: Jolanda Hamilton | 2752 Matera Dr | | Saint Cloud | FL | 34771-9154 |
| Jason Anderson | | Address on File | | | | |
| Jolanda Hamilton | | Address on File | | | | |
| Kushal Neupane | | Address on File | | | | |
| TMI Trust Company | | 101 Summit Ave | Ste 510 | Fort Worth | TX | 76102-2613 |
| Wilbert J. Bass | | Address on File | | | | |

In re: NextPoint Financial Inc., et al.
Case No. 23-10983 (TMH)

# **<u>Exhibit B</u>**



# Exhibit B
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bombet Cashio and Associates | | 8335 Kelwood Ave | | Baton Rouge | LA | 70806-4804 |
| Darnell Jerry | | Address on File | | | | |
| Identity Solutions LLC | | 2518 Meadow Tree Ln | | Spring | TX | 77388-5489 |
| Next Jump Inc | Attn Accts Receivabe | 512 W 22nd St | Fl 9 | New York | NY | 10011-1360 |
| Progressive Graphics | | 397 Little Neck Rd | Ste 120 | Virginia Bch | VA | 23452-5774 |
| Richmond Times Dispatch | | PO Box 4690 | | Carol Stream | IL | 60197-4690 |
| The Habit Restaurants LLC | Attn Samantha Mannes | 1 Glen Bell Way | | Irvine | CA | 92618-3344 |
| Town of Derry | C O Tax Collector Utility | 14 Manning St | | Derry | NH | 03038-3201 |
| Zubi Advertising Services Inc | | 601 Brickell Key Dr | Ste 900 | Miami | FL | 33131-2649 |

In re: NextPoint Financial Inc., et al.
Case No. 23-10983 (TMH)

Page 1 of 1

# **Exhibit C**



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Financial Change Solutions LLC | Attn: Jolanda Hamilton | 2752 Matera Dr | | Saint Cloud | FL | 34771-9154 |
| Inexodus LLC | Attn: Bayo Ogundele | 3310 N 143rd Ln | | Goodyear | AZ | 85395-8478 |
| Jason Anderson | | Address on File | | | | |
| Jolanda Hamilton | | Address on File | | | | |
| Kushal Neupane | | Address on File | | | | |
| Lucindy Anderson | | Address on File | | | | |
| PRP Inc | Attn: Richard Wolfe | 559 Windmill Hill Rd S | | Putney | VT | 05346-8945 |
| Scana Energy | | PO Box 105046 | | Atlanta | GA | 30348-5046 |
| TMI Trust Company | | 101 Summit Ave | Ste 510 | Fort Worth | TX | 76102-2613 |
| Wilbert J. Bass | | Address on File | | | | |

In re: NextPoint Financial Inc., et al.
Case No. 23-10983 (TMH)

Page 1 of 1