# **Exhibit A**

**Notice of Disclaimer**

**FORM 4**

**NOTICE BY DEBTOR COMPANY TO DISCLAIM OR RESILIATE AN AGREEMENT**

To FTI Consulting Canada Inc., in its capacity as court-appointed monitor (the "**Monitor**"), and SSBR Enterprises LLC,

Take notice that:

1. Proceedings under the *Companies' Creditors Arrangement Act* ("**the Act**") in respect of NextPoint Financial, Inc. and its subsidiaries, including JTH Tax, LLC (converted from JTH Tax, Inc.), were commenced on the 25th day of July, 2023 in the Supreme Court of British Columbia, Vancouver Registry under No. S-235288, which proceedings were recognized as foreign main proceedings under Chapter 15 of the U.S. Bankruptcy Code by the U.S. Bankruptcy Court for the District of Delaware, Case No. 23-10983, on the 16th day of August, 2023.

2. In accordance with subsection 32(1) of the Act, the debtor company gives you notice of its intention to disclaim or resiliate the following agreement (including any amendments thereto):

    Area Developer Agreement dated as of August 15, 2018 by and among JTH Tax, Inc. and SSBR Enterprises LLC (Entity 5263).

3. In accordance with subsection 32(2) of the Act, any party to the agreement may, within 15 days after the day on which this notice is given and with notice to the other parties to the agreement and to the Monitor, apply to court for an order that the agreement is not to be disclaimed or resiliated.

4. In accordance with paragraph 32(5)(*a*) of the Act, if no application for an order is made in accordance with subsection 32(2) of the Act, the agreement is disclaimed or resiliated on the 26th day of November, 2023, being 30 days after the day on which this notice has been given.

Dated at Hurst, Texas on October 27, 2023



DocuSigned by:
Scott Terrell
5D34C034D175472...
NextPoint Financial, Inc.

The Monitor approves the proposed disclaimer or resiliation.

Dated at Vancouver, British Columbia on October 27, 2023

DocuSigned by:
Craig Munro
A71F983316254A5...
FTI Consulting Canada, Inc.