# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| NEXTPOINT FINANCIAL INC., *et al.*, | Case No. 23-10983 (TMH) |
| Debtors in a foreign proceeding. [1] | **Re: D.I. 80, 142** |
| | **Hearing Date: December 11, 2023, at 10:00 a.m. (ET)** |

## SUPPLEMENTAL DECLARATION OF AUTHENTICITY OF BUSINESS RECORDS

I, Brian Ashcraft, hereby declare under penalty of perjury as follows to the best of my knowledge, information, and belief:

1.  I am the Vice President of Franchise Development of JTH Tax, Inc. d/b/a Liberty Tax Service ("**Liberty**"). I am familiar with the manner in which Liberty's records are received, created, and maintained by virtue of my duties and responsibilities for Liberty.

2.  I submit this Declaration in support of the *Foreign Representative's Reply to SSBR Enterprises LLC's Objection to Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially all of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief* filed contemporaneously herewith.

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions, LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores LLC (3810); InsightsLogic LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

3. Attached as **Exhibit A** (the "**Exhibit**") to this Declaration is a copy of the Area Developer Agreement between SSBR Enterprises LLC and Liberty.

4. I am a custodian of the records of Liberty, and the Exhibit is a true and correct copy of a record kept by Liberty in the regular course of Liberty's business.

5. I am informed and believe, based upon my job duties and review of the Exhibit, and thereon state:

   a. Such record was made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;
   b. Such record was kept in the course of a regularly conducted business activity;
   c. The business activity made such record as a regular practice; and
   d. If such record is not the original, such record is a duplicate of the original.

6. I declare under penalty of perjury that the foregoing is true and correct.

Date:  December 5, 2023
       Virginia Beach, Virginia                     */s/ Brian Ashcraft*
                                                    Brian Ashcraft