# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| NEXTPOINT FINANCIAL INC., *et al.*, | Case No. 23-10983 (TMH) |
| Debtors in a foreign proceeding.[1] | **Re: D.I. Nos. 80, 88, 98, 136, 137, 142, 144, 145, 146** |
| | **Hearing Date: December 11, 2023, at 10:00 a.m. (ET)** |

## WITNESS AND EXHIBIT LIST
## FOR HEARING SCHEDULED ON DECEMBER 11, 2023 AT 10:00 A.M. (ET)

NextPoint Financial Inc. ("**NextPoint**") in its capacity as the duly-appointed foreign representative (the "**Foreign Representative**") for the above-captioned foreign debtors (collectively, the "**Foreign Debtors**") in the proceedings[2] currently pending before the Supreme Court of British Columbia, initiated under the Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, by and through its undersigned counsel, respectfully files this Witness and Exhibit List identifying the individual(s) that the Foreign Representative may call as witnesses and the documents that may be used at the hearing to be held on December 11, 2023 at 10:00 a.m. (ET) (the "**Hearing**") before the Honorable Thomas M. Horan, at the United States Bankruptcy Court

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions, LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Stores LLC (3810); InsightsLogic LLC (0818); LM 2020 CM I SPE, LLC (N/A); and LM BP Holdings LLC (6776). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

[2] Information on the Canadian Proceedings and documents filed in connection therewith, including reports from FTI Consulting Canada Inc., in its capacity as court-appointed monitor, and motion materials, can be found at the website of the Monitor at http://cfcanada.fticonsulting.com/nextpoint/.

for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 7, Wilmington, Delaware, 19801.

### Witnesses

The Foreign Representative may call the following witnesses at the Hearing:

1. **Colin Brousson, Counsel to the Foreign Debtors**: Mr. Brousson will testify via declaration [D.I. 82] in support of the *Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially all of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief* [D.I. 80] (the "**Recognition Motion**"). Mr. Brousson will be available via ZoomGov for remote cross-examination, subject to Court approval;[3]

2. **Jeffrey Bradshaw, Counsel to the Foreign Debtors**: Mr. Bradshaw will testify via declarations [D.I. 137, 146] in support of the (i) Recognition Motion, (ii) *Foreign Representative's Reply to Area Developers' Objection to Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially all of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief* [D.I. 131] (the "**Reply**"), and (iii) *Foreign Representative's Reply to SSBR Enterprises LLC's Objection to Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially all of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief* [D.I. 144] (the "**Supplemental Reply**"). The Foreign Representative may call Mr. Bradshaw for additional direct testimony. Mr. Bradshaw will be available in person for cross-examination;

3. **Peter Kravitz, Chief Restructuring Officer of NextPoint**: Mr. Kravitz will testify via declaration [D.I. 81] in support of the Recognition Motion. Mr. Kravitz will be available in person for cross-examination;

4. **Brian Ashcraft, Vice President of Franchise Development of JTH Tax, Inc. d/b/a Liberty Tax Service**: Mr. Ashcraft will testify via (i) *Declaration of Authenticity of Business Records* [D.I. 99] and (ii) *Supplemental Declaration of Authenticity of Business Records* [D.I. 145] (the "**Supplemental Business Records Declaration**"). Mr. Ashcraft will be available via ZoomGov for remote cross-examination, subject to Court approval;

5. Any witness listed or called by any other party;

---

[3]   The Foreign Representative is seeking consent from SSBR Enterprises LLC for Mr. Brousson and Mr. Ashcraft to appear remotely. Upon consent, the Foreign Representative will seek authority from the Court for both Mr. Brousson and Mr. Ashcraft to appear remotely for cross-examination via ZoomGov.

6. Rebuttal witnesses as necessary; and

7. The Foreign Representative also reserves the right to cross-examine any witness called by any another party.

## Exhibits

The Foreign Representative designates the following exhibits that may be used at the Hearing:

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| | **Recognition Motion** | | | | | | |
| 1. | Exhibit B: Draft Transaction Agreement | | | | | | |
| | **Reply** | | | | | | |
| 2. | Exhibit D: Companies' Creditors Arrangement Act | | | | | | |
| | *Notice of Filing of (I) CCAA Vesting Order and (II) Final Transaction Agreement* **[D.I. 91]** | | | | | | |
| 3. | Exhibit A: CCAA Vesting Order | | | | | | |
| 4. | Exhibit B: Redline of CCAA Vesting Order Against Version Filed with Recognition Motion | | | | | | |
| 5. | Exhibit C: Transaction Agreement | | | | | | |
| 6. | Exhibit D: Redline of Transaction Agreement Against Version Filed with Recognition Motion | | | | | | |
| | **Supplemental Reply** | | | | | | |
| 7. | Exhibit A: Notice of Disclaimer | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8. | Exhibit B: Hearing Transcript, *In Re Just Energy Group, Inc.*, Case No. 21-30823, Dec. 1, 2022 | | | | | |
| | **Supplemental Business Records Declaration** | | | | | |
| 9. | Exhibit A: Area Developer Agreement | | | | | |

The Foreign Representative reserves the right to amend or supplement this Witness and Exhibit list prior to the Hearing. Additionally, the Foreign Representative reserves the right to designate any exhibit listed or offered by any other party, any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party, or any pleading or other document filed with the Court on the docket of the above-captioned chapter 15 cases.

Dated: December 6, 2023
       Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ R. Craig Martin*
R. Craig Martin, Esq. (DE 5032)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2462
Email:  craig.martin@us.dlapiper.com

-and-

Rachel Ehrlich Albanese, Esq. (admitted *pro hac vice*)
Jamila Justine Willis, Esq. (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email:  rachel.albanese@us.dlapiper.com
          jamila.willis@us.dlapiper.com

*Counsel to the Foreign Representative*