## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| NEXTPOINT FINANCIAL INC., *et al.*, | Case No. 23-10983 (TMH) |
| Debtors in a foreign proceeding. [1] | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the proposed claims and noticing agent for the Debtors in the above-captioned cases.

On or before November 22, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Filing of (I) CCAA Vesting Order and (II) Final Transaction Agreement** (attached hereto as **Exhibit B**)

- **Certificate of No Objection Regarding Notice of (A) Filing of Chapter 15 Petition and Related Chapter 15 Documents Seeking Recognition of Canadian Proceeding as Foreign Main Proceeding or in the Alternative Foreign Non-Main Proceeding and (B) Recognition Hearing** (Docket No. 92)

Furthermore, on or before November 27, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of Continued Hearing on Motion of the Foreign Representative for Entry of an Order Recognizing CCAA Vesting Order** (Docket No. 113)

Furthermore, on or before November 27, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit D**:

- **Notice of Hearing Regarding Motion of the Foreign Representative to Exclude Evidence Regarding Area Developer Agreements** (Docket No. 132)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores, LLC (3810); InsightsLogic, LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

Furthermore, on or before November 27, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **Exhibit E**:

- **Scheduling Order** (Docket No. 136)

- **Declaration of Jeffrey Bradshaw in Support of the Foreign Representative's Motion for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief** (Docket No. 137)

Dated: December 6, 2023

Monica Arellano

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 6th day of December, 2023, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026

# Exhibit A



# Exhibit A

Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| Confidential Creditor | | Address on File | | | |
| GHL Enterprises Inc | Attn: Corinne Shipman | 3709 Cobblestone Ct | Bedford | TX | 76021-2624 |

In re: NextPoint Financial Inc., et al.
Case No. 23-10983 (TMH)

Page 1 of 1

# **<u>Exhibit B</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| NEXTPOINT FINANCIAL INC., *et al.*, | Case No. 23-10983 (TMH) |
| Debtors in a foreign proceeding. [1] | **Re D.I. No. 80** |

## NOTICE OF FILING OF (I) CCAA VESTING ORDER AND
## (II) FINAL TRANSACTION AGREEMENT

**PLEASE TAKE NOTICE** that, on October 16, 2023, NextPoint Financial Inc., in its capacity as Foreign Representative for each of the above-captioned foreign debtors (the "**Debtors**"), filed the *Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief* (the "**Motion**") [D.I. 80].

**PLEASE TAKE FURTHER NOTICE** that the Motion attached proposed forms of the CCAA Vesting Order and the Transaction Agreement (each as defined in the Motion) as Exhibit 1 to Exhibit A and Exhibit B, respectively;

**PLEASE TAKE FURTHER NOTICE** that, on October 31, 2023, the Canadian court granted the CCAA Vesting Order, attached hereto as **Exhibit A**, and a redline of the CCAA Vesting Order against the version filed with the Motion is attached as **Exhibit B** hereto.

**PLEASE TAKE FURTHER NOTICE** that an executed copy of the Transaction Agreement is attached hereto as **Exhibit C**, and a redline of the Transaction Agreement against the version filed with the Motion is attached as **Exhibit D** hereto.

---

[1]       The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions, LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores LLC (3810); InsightsLogic LLC (0818); and LM 2020 CM I SPE, LLC (N/A).  The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

PLEASE TAKE FURTHER NOTICE that the Foreign Representative hereby submits the attached exhibits as supplemental exhibits in support of the Motion.

PLEASE TAKE FURTHER NOTICE that copies of all petitions, motions and pleadings filed in the above-captioned case may be obtained through the website of the Foreign Representative's noticing agent at https://cases.stretto.com/nextpoint.

Dated: November 1, 2023
      Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Craig Martin*
R. Craig Martin, Esq. (DE 5032)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2462
Email:  craig.martin@us.dlapiper.com

-and-

Rachel Ehrlich Albanese, Esq. (admitted *pro hac vice*)
Jamila Justine Willis, Esq. (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email:  rachel.albanese@us.dlapiper.com
        jamila.willis@us.dlapiper.com

*Counsel to the Foreign Representative*

2

**Exhibit A**

**CCAA Vesting Order**

Due to the voluminous nature of the exhibits filed in these bankruptcy proceedings, the CCAA Vesting Order may be (i) viewed and downloaded free of charge at the Debtors' case website (htps://cases.stretto.com/NextPoint/), or (ii) obtained upon written request (including by e-mail) to counsel to the Foreign Representative, DLA Piper (US) LLP, 1201 N. Market Street, Suite 2100 Wilmington, Delaware 19801 (Attn: R. Craig Martin, Esq. [craig.martin@us.dlapiper.com]), and 1251 Avenue of the Americas, New York, New York 10020 (Attn: Rachel Ehrlich Albanese, Esq. [rachel.albanese@us.dlapiper.com] and Jamila Justine Willis, Esq. [jamila.willis@us.dlapiper.com]).

**Exhibit B**

**Redline of CCAA Vesting Order**

**Due to the voluminous nature of the exhibits filed in these bankruptcy proceedings, the redline of the CCAA Vesting Order may be (i) viewed and downloaded free of charge at the Debtors' case website (htps://cases.stretto.com/NextPoint/), or (ii) obtained upon writen request (including by e-mail) to counsel to the Foreign Representative, DLA Piper (US) LLP, 1201 N. Market Street, Suite 2100 Wilmington, Delaware 19801 (Attn: R. Craig Martin, Esq. [craig.martin@us.dlapiper.com]), and 1251 Avenue of the Americas, New York, New York 10020 (Attn: Rachel Ehrlich Albanese, Esq. [rachel.albanese@us.dlapiper.com] and Jamila Justine Willis, Esq. [jamila.willis@us.dlapiper.com]).**

**Exhibit C**

**Executed Transaction Agreement**

**Due to the voluminous nature of the exhibits filed in these bankruptcy proceedings, the Executed Transaction Agreement may be (i) viewed and downloaded free of charge at the Debtors' case website (htps://cases.stretto.com/NextPoint/), or (ii) obtained upon written request (including by e-mail) to counsel to the Foreign Representative, DLA Piper (US) LLP, 1201 N. Market Street, Suite 2100 Wilmington, Delaware 19801 (Attn: R. Craig Martin, Esq. [craig.martin@us.dlapiper.com]), and 1251 Avenue of the Americas, New York, New York 10020 (Attn: Rachel Ehrlich Albanese, Esq. [rachel.albanese@us.dlapiper.com] and Jamila Justine Willis, Esq. [jamila.willis@us.dlapiper.com]).**

**Exhibit D**

**Redline of Transaction Agreement**

**Due to the voluminous nature of the exhibits filed in these bankruptcy proceedings, the redline of the Transaction Agreement may be (i) viewed and downloaded free of charge at the Debtors' case website (htps://cases.stretto.com/NextPoint/), or (ii) obtained upon writen request (including by e-mail) to counsel to the Foreign Representative, DLA Piper (US) LLP, 1201 N. Market Street, Suite 2100 Wilmington, Delaware 19801 (Attn: R. Craig Martin, Esq. [craig.martin@us.dlapiper.com]), and 1251 Avenue of the Americas, New York, New York 10020 (Attn: Rachel Ehrlich Albanese, Esq. [rachel.albanese@us.dlapiper.com] and Jamila Justine Willis, Esq. [jamila.willis@us.dlapiper.com]).**

# **<u>Exhibit C</u>**



# Exhibit C

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Charles Mccracken | | Address on File | | | | |
| Hai N. Knepper | | Address on File | | | | |
| I Business Center LLC | Attn: Charles Eldridge | 6300 NW 2nd Ave | Apt 310 | Boca Raton | FL | 33487-3093 |
| Isabel Gomez | | Address on File | | | | |
| Melissa Holstein | | Address on File | | | | |
| Niharika Jiwani | | Address on File | | | | |
| Tax Prep & Consulting LLC | Attn: Milan  Rao | 176 Camdale Ct | | Mcdonough | GA | 30252-2305 |

In re: NextPoint Financial Inc., et al.
Case No. 23-10983 (TMH)

Page 1 of 1

# **<u>Exhibit D</u>**



# Exhibit D

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Charles Mccracken | | Address on File | | | | |
| Dazo Incorporated | Attn: Dhaval Oza | 5201 Verner Dr | | La Palma | CA | 90623-2040 |
| Hai N. Knepper | | Address on File | | | | |
| I Business Center LLC | Attn: Charles Eldridge | 6300 NW 2nd Ave | Apt 310 | Boca Raton | FL | 33487-3093 |
| Isabel Gomez | | Address on File | | | | |
| Melissa Holstein | | Address on File | | | | |
| Niharika Jiwani | | Address on File | | | | |

In re: NextPoint Financial Inc., et al.
Case No. 23-10983 (TMH)

Page 1 of 1

# **Exhibit E**



# Exhibit E
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Charles Mccracken | | Address on File | | | |
| Dazo Incorporated | Attn: Dhaval Oza | 5201 Verner Dr | La Palma | CA | 90623-2040 |
| Hai N. Knepper | | Address on File | | | |
| Melissa Holstein | | Address on File | | | |
| Niharika Jiwani | | Address on File | | | |

In re: NextPoint Financial Inc., et al.
Case No. 23-10983 (TMH)

Page 1 of 1