IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEXTPOINT FINANCIAL INC., *et al.*,<br><br>Debtors in a foreign proceeding.[1] | Chapter 15<br><br>Case No. 23-10983 (TMH) |

*AMENDED*[2] **NOTICE OF AGENDA FOR HEARING
DECEMBER 11, 2023, AT 10:00 A.M. (ET) IN COURTROOM #4**[3]

**THIS HEARING WILL BE AN <u>IN-PERSON</u> HEARING**

**PARTIES ON ZOOM WILL BE NON-PARTICIPATING PARTIES ONLY**

**ZOOM REQUIRES ALL PARTICIPANTS TO REGISTER NO LATER THAN 4:00 P.M. THE DAY PRIOR TO THE SCHEDULED HEARING**

**PLEASE USE THE FOLLOWING LINK TO REGISTER IN ADVANCE FOR THIS HEARING:**

https://debuscourts.zoomgov.com/meJFreney82!eting/register/vJItdOCqrDgvHd8eKzkdCIRoDyqZQ4kSnI4

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM**

**MATTERS NOT GOING FORWARD:**

1. Motion of the Foreign Representative to Exclude Evidence Regarding Area Developer Agreements [D.I. 105; Filed 11/05/23].

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions, LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Stores LLC (3810); InsightsLogic LLC (0818); LM 2020 CM I SPE, LLC (N/A); and LM BP Holdings LLC (6776). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

[2] **Amended items appear in bold.**

[3] Copies of all petitions, motions, and pleadings identified herein may be obtained free of charge through the website of the Foreign Representative's noticing agent at https://cases.stretto.com/nextpoint.

ACTIVE\1605222427.6

**Response Deadline:** November 28, 2023, at 4:00 p.m. (ET).

**Related Documents:**

    A.    Notice of Hearing Regarding Motion of the Foreign Representative to Exclude Evidence Regarding Area Developer Agreements [D.I. 132; Filed 11/10/23].

    B.    Certification of Counsel Regarding Proposed Scheduling Order [D.I. 135; Filed 11/13/23].

    C.    Scheduling Order [D.I. 136; Filed 11/13/23].

**Responses Received**: None.

Status: As the Area Developers' Objection to the Recognition Motion at D.I. 80 has been withdrawn [D.I. 143], this matter is now moot.

## MATTERS GOING FORWARD:

2.    Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief [D.I. 80; Filed 10/16/23].

**Response Deadline:** November 28, 2023, at 4:00 p.m. (ET).

**Related Documents:**

    A.    Declaration of Peter Kravitz in Support of the Foreign Representative's Motion for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief [D.I. 81; Filed 10/16/23].

    B.    Declaration of Colin Brousson in Support of the Foreign Representative's Motion for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief [D.I. 82; Filed 10/16/23].

    C.    Notice of Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief [D.I. 83; Filed 10/16/23].

    D.    Notice of Filing of (I) CCAA Vesting Order and (II) Final Transaction Agreement [D.I. 91; Filed 11/01/23].

    E.    Motion of the Foreign Representative for Leave to File Late Reply in Support of Recognition Motion [D.I. 98; Filed 11/03/23].

    F.    Declaration of Authenticity of Business Records [D.I. 99; Filed 11/03/23].

| | |
|---|---|
| G. | Area Developers' Witness and Exhibit List for Hearing on November 6, 2023 at 11:00 a.m. [D.I. 101; Filed 11/04/23]. |
| H. | Witness and Exhibit List for Hearing Scheduled on November 6, 2023 at 11:00 a.m. (ET) [D.I. 102; Filed 11/04/23]. |
| I. | Motion of the Foreign Representative to Exclude Evidence Regarding Area Developer Agreements [D.I. 105; Filed 11/05/23]. |
| J. | Notice of Continued Hearing on Motion of the Foreign Representative for Entry of an Order Recognizing CCAA Vesting Order [D.I. 113; Filed 11/07/23]. |
| K. | Exhibit B – Reply [D.I. 131; Filed 11/09/23]. |
| L. | Certification of Counsel Regarding Proposed Scheduling Order [D.I. 135; Filed 11/13/23]. |
| M. | Scheduling Order [D.I. 136; Filed 11/13/23]. |
| N. | Declaration of Jeffrey Bradshaw in Support of the Foreign Representative's Motion for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief [D.I. 137; Filed 11/13/23]. |
| O. | Notice of Withdrawal of Area Developers' Objection to Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief [D.I. 143; Filed 11/29/23]. |
| P. | Supplemental Declaration of Authenticity of Business Records [D.I. 145; Filed 12/05/23]. |
| Q. | Supplemental Declaration of Jeffrey Bradshaw in Support of the Foreign Representative's Motion for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially all of the Debtors Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief [D.I. 146; Filed 12/05/23]. |
| R. | Witness and Exhibit List for Hearing Scheduled on December 11, 2023 at 10:00 A.M. (ET) [D.I. 147; Filed 12/06/23]. |
| S. | **Notice of Withdrawal of Objection of SSBR Enterprises LLC to Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the CCCA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief [D.I. 150; Filed 12/09/23].** |

**Responses Received**:

| | |
|---|---|
| A. | WITHDRAWN – SEE D.I. 143 - Area Developers' Objection to Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the |

CCAA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief [D.I. 88; Filed 10/31/23].

B. WITHDRAWN – SEE [D.I. 150; - Objection of SSBR Enterprises LLC to Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing The CCAA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief [D.I. 142; Filed 11/20/23] (the "SSBR Objection").

C. Foreign Representative's Reply to SSBR Enterprises LLC's Objection to Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief [D.I. 144; Filed 12/05/23].

Status: **The hearing on this matter is going forward on an uncontested basis. The Foreign Representative and SSBR Enterprises LLC reached an agreement to resolve the SSBR Objection and the objection has been withdrawn.**

Dated:  December 10, 2023           Respectfully submitted,
        Wilmington, Delaware

**DLA PIPER LLP (US)**

/s/ R. Craig Martin
R. Craig Martin (DE 5032)
1201 N. Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: craig.martin@us.dlapiper.com

-and-

Rachel Ehrlich Albanese (admitted *pro hac vice*)
Jamila Justine Willis (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: Rachel.Albanese@us.dlapiper.com
       Jamila.Willis@us.dlapiper.com

*Counsel to the Foreign Representative*