IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| NEXTPOINT FINANCIAL INC., *et al.*, | Case No. 23-10983 (TMH) |
| Debtors in a foreign proceeding.[1] | (Jointly Administered) |

**AFFIDAVIT OF PUBLICATION FOR THE NOTICE OF CLAIM PROCESS IN THE WALL STREET JOURNAL**

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores, LLC (3810); InsightsLogic, LLC (0818); and LM 2020 CM I SPE, LLC (N/A). The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

# AFFIDAVIT

**STATE OF NEW JERSEY** )
                                ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX** )

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): 11/24/2023

ADVERTISER: NextPoint Financial, Inc.

and that the foregoing statements are true and correct to the best of my knowledge.

_Wayne Sidor_

Sworn to before me this
27th day of November 2023

_[signature]_
Notary Public



IAN C. MARTIN
NOTARY PUBLIC
ID # 50086494
COMMISSION EXPIRES
07/18/2028
STATE OF NEW JERSEY

# BUSINESS & FINANCE

# Pritzker Family Launches $190 Million Venture Fund

53 Stations arm to target startups with strategic significance for parent group

BY MARC VARTABEDIAN

The Pritzker Organization, the family office for Thomas Pritzker, who is the executive chairman of **Hyatt Hotels**, has started a venture division to invest in early-stage companies with a $190 million fund.

The venture arm, called 53 Stations, will target startups that could have strategic significance to more mature companies that TPO has majority control of, said Kevin King, a founder and managing partner of the new venture wing.

King said drawing on one limited partner will give 53 Stations the freedom to invest aggressively during the current down market in which venture firms have broadly slowed their investing pace and raised fewer new funds. The state of the market motivated 53 Stations to launch the fund but wasn't the sole reason, King said.

"Had we been in a 2021-type environment, we might have been more apprehensive about launching the fund," King said, referencing a year that saw a frenzy of deal-making activity and high valuations for startups. "The irony across markets is that the best time to deploy capital is often when it's most difficult to raise it. TPO knows that you have to lean into those points when it feels less ideal and sometimes lean out when everything seems flushed."

Chicago-based 53 Stations will aim to back startups that could have a symbiotic relationship with other companies that TPO has backed. For instance, King said that venture investments in the property-tech and construction-tech



Kevin King, left, Jason Pritzker, center, and Kelly Goldstein, right, of 53 Stations.

sectors, which 53 Stations is targeting, could eventually benefit concrete business Lithko Contracting, which TPO has backed, by integrating technology that Lithko might develop. Lithko could also help early-stage startups by acting as a client or resource, King added.

To be sure, King said that the market could continue to drop, making follow-on financing difficult for some companies. But he said that 53 Stations isn't looking to back startups that will depend on large amounts of outside capital to operate.

"We're looking for companies that can live within their own cash flow," King said.

53 Stations will target a variety of startup sectors, mainly across North America. The firm will lead and co-invest in deals, writing checks of $1 million to $10 million from the seed to Series B stages. The firm was also founded by Jason Pritzker, a managing partner, and Kelly Goldstein, a partner and head of platform at 53 Stations.

Goldstein is a former principal at Harlem Capital. King was previously a partner at private investment firm General Catalyst. Pritzker joined TPO in 2013. Previously, he held roles at industrial holding company **Marmon Group**, **Goldman Sachs** and **Hyatt Hotels**. He is the son of Thomas Pritzker.

Founded in 2022, 53 Stations is TPO's first venture fund, though the organization previously made individual investments into private companies. King said 53 Stations could seek to raise capital from third-party investors in the future.

The 53 Stations name is inspired by a parable of a young pilgrim seeking enlightenment who engages with 53 teachers or stations on his path. Each taught him something new and asked him to apply that wisdom on his journey. The firm says its name is a tribute to the journey of a founder.

TPO has made growth equity investments in companies including **Palantir Technologies** and **SpaceX**.

Pritzker Group, which is the family office for other Pritzker family members, has its own venture unit called Pritzker Group Venture Capital.

The Pritzker family made its fortune by expanding the Hyatt hotel chain, among other business endeavors. Family members have held influential roles in business and government. J.B. Pritzker, for instance, has been governor of Illinois since 2019. Penny Pritzker served as secretary of commerce in the Obama administration from 2013 to 2017 and is currently the founder and chairman of Chicago-based private investment firm PSP Partners.

53 Stations has invested in seven companies across five industries, including global trade compliance platform Altana and aerospace propulsion technology company Whisper Aero.

# Crypto Lender Genesis Sues Former Partner

BY AKIKO MATSUDA

**Genesis Global** has filed a lawsuit to recover about $689.3 million of digital assets that a former business partner withdrew from the cryptocurrency lender before it filed for chapter 11 bankruptcy protection.

The lawsuit said **Gemini Trust** withdrew the assets on behalf of customers in the crypto exchange's Earn investment program between mid-October and mid-November 2022, at the "nadir" of the crypto market's turmoil and in a 90-day window before Genesis's bankruptcy filing.

The U.S. bankruptcy code generally allows bankrupt companies to reverse transactions that occurred within 90 days before a bankruptcy filing.

Genesis filed its lawsuit Tuesday in the U.S. Bankruptcy Court in White Plains, N.Y., where the company's chapter 11 case is being heard.

Genesis sought bankruptcy protection in January after suffering losses following the collapses last year of crypto exchange FTX and crypto hedge fund Three Arrows Capital.

Genesis said Gemini and Earn customers who received the transferred assets unfairly benefited at the expense of other creditors.

Gemini has said in court papers its Earn program customers were owed about $1 billion by Genesis before the crypto lender filed for bankruptcy.

On Wednesday, a Gemini spokeswoman pointed to a company statement that said Genesis filed its lawsuit to assert baseless counterclaims to a lawsuit Gemini filed in October.

In its lawsuit, Gemini alleged its more than 232,000 Earn users would be shortchanged under a liquidation plan proposed by Genesis because it would value collateral as of the plan's effective date.

The collateral consists of about 30.9 million shares of **Grayscale Bitcoin Trust**, an investment vehicle owned by Digital Currency Group, the parent company of Genesis.

Gemini also argued in its lawsuit that Genesis before it sought bankruptcy protection promised to offer Earn users an additional 31.1 million Grayscale shares as collateral. Genesis hasn't delivered the shares and Earn users are entitled to them, Gemini's suit said.

Gemini in its suit said it has about 62 million Grayscale shares currently valued at about $1.6 billion, enough to pay back Earn customers in full.



Genesis seeks to recover digital assets from Gemini.

# Bankers Prepare For Storms

Continued from page B1
can't get homeowners insurance, havoc in the oil-and-gas industry.

For Chief Executive John Turner preparing for climate change is a matter of math. "We lend money," he said. "And we want to make sure we get paid back."

Regions is an old-school Southern bank, not known for flashy technology or a major presence on Wall Street. Its 1,300 branches run across hurricane country in the Southeast and parts of Tornado Alley in the Midwest, as well as states such as Texas that are prone to all kinds of extreme weather.

Companies of all types are at risk from supercharged heat waves, storms, floods and wildfires. Some are already turning their whole business upside down: the fishermen who switch to kelp farming when the lobsters move north; the burger joint that must keep kitchen employees cool when the air conditioner breaks down in triple-digit heat. Banks, at the very least,

**Number of U.S. bank calls and securities filings that mention climate change**

[chart showing values rising from near 0 in 2005 to approximately 800 in ~2022, with bars at 0, 300, 600, 900]

Source: Factiva

will have to make bets on how trillions of dollars in loans will hold up against climate change. They may have to reassess which businesses and households they can afford to do business with and where—shifts that would ripple through the economy.

Big global banks are taking an expansive approach to the issue of climate change, believing they have an important role in stopping it by redirecting lending and pushing clients to make changes.

Regions is doing more than other banks of its size, but it hasn't exactly reworked its whole business model.

A large part of its approach is simply planning out how loans might go bad or how many branches and ATMs might be destroyed in a storm. Executives said climate-change risks haven't stopped the bank from lending to certain industries, like oil and gas, or in certain places. And the bank hasn't announced a pledge to, for example, become carbon neutral.

But Regions has changed the way it underwrites and monitors loans, executives said. Bankers have to consider how exposed a property is to floods or other disasters before they make a loan, for example,

or whether a company has timber tracts or oil fields concentrated in one area.

The bank is also watching how insurance could affect the businesses and households that it banks, since many are finding it much harder and more expensive to get property insurance.

"If you were to ask me what keeps you up at night, it would be real-estate lending and risk on the mortgage side," said Kate Danella, head of consumer banking at Regions.

Big-but-not-huge banks like Regions are already under pressure this year from high interest rates and new capital rules, and several midsize banks collapsed earlier this year. That makes tamping down on risk without cutting into profits more important.

Last month, federal regulators for the first time rolled out rules on how banks with more than $100 billion in assets, including Regions, should prepare for risks related to climate change. The Federal Reserve has asked six of the largest banks, including JPMorgan Chase and Bank of America, to go a few steps further by mapping out their ability to handle different climate scenarios.

Some other big regional banks have started to think about how to model climate risk, though those efforts are in early stages. The U.S. banking industry mentioned climate change in at least 800 calls or securities filings in 2022, compared with more than 500 a year earlier, according to Factiva data. In much of the decade before, banks mentioned it on a few dozen calls or filings a year at most.

Mother Nature isn't exactly easy to predict, so preparing for weather-related losses isn't either.

In 2005, for example, Regions initially estimated losses from Hurricane Katrina would be around $70 million, but they turned out to be less than $10 million. Last year, the bank put away $20 million for Hurricane Ian, which hit Florida, then reversed it the next quarter. Having lower-than-expected losses isn't bad, but those reserves drag on profits.

"It's hard to be precise, and that's why we believe that being conservative and hanging up a bigger reserve early on is better for our customers and our shareholders," said Regions Chief Financial Officer David Turner, who isn't related to the CEO. "Just go ahead and take your medicine."

Regions named climate change as a risk factor in its annual filing with securities regulators as early as 2010. The phrase now appears in that filing a dozen times. "You can't not recognize that we are seeing more severe climate-related events," John Turner said.

"Weather-related events, other natural or man-made disasters, climate change and the transition to a lower-carbon economy pose shorter- and longer-term risks to our business," the bank wrote in its most recent annual filing with the Securities and Exchange Commission, "and are expected to increase over time."



Kyle Puchta, hand raised, is the point man for Region's 'Weather Team.'

---
ADVERTISEMENT

## The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

**PUBLIC NOTICES**

IN THE MATTER OF NEXTPOINT FINANCIAL INC., ET AL.
On July 25, 2023, NextPoint Financial, Inc., NPI Holdco LLC, LT Holdco, LLC, LT Intermediate Holdco, LLC, SiempreTax+ LLC, JTH Tax LLC, Liberty Tax Holding Corporation, Liberty Tax Service, Inc., JTH Financial, LLC, JTH Properties 1632, LLC, Liberty Credit Repair, LLC, Wefile LLC, JTH Tax Office Properties, LLC, LTS Software LLC, JTH Court Plaza, LLC, 360 Accounting Solutions, LLC, LTS Properties, LLC, CTAX Acquisition LLC, Community Tax Puerto Rico LLC, Community Tax LLC, NPLM Holdco LLC, MMS Servicing LLC, LoanMe, LLC, LoanMe Funding, LLC, LM Retention Holdings, LLC, LoanMe Stores LLC, LM SPE Holdings, LLC, InsightsLogic LLC and LM 2020 CM I SPE, LLC (collectively, the "**Petitioners**") received protection under the Companies' Creditors Arrangement Act (the "**CCAA**") by order of the Supreme Court of British Columbia (the "**Court**") in Court File No. S-235288 (Vancouver Registry) and FTI Consulting Canada Inc. was appointed monitor (the "**Monitor**") of the Petitioners (the "**CCAA Proceedings**").
On November 17, 2023, the Court granted a further order prescribing a process by which the identity and status of all persons holding Claims against NextPoint Financial, Inc. ("**NP Parent**"), NPI Holdco LLC ("**NPI Holdco**") and NPLM Holdco LLC, MMS Servicing LLC, LoanMe, LLC, LoanMe Funding, LLC, LM Retention Holdings, LLC, LoanMe Stores LLC, LM BP Holdings, LLC, InsightsLogic LLC and LM 2020 CM I SPE, LLC (collectively, the "**LoanMe Entities**" and together with NP Parent and NPI Holdco, the "**NP Entities**"), will be established for purposes of the CCAA Proceedings (the "**Claims Process Order**").
A copy of the Claims Process Order may be viewed at http://cfcanada.fticonsulting.com/nextpoint/.
Any creditor having a Claim or Restructuring Claim against any of the NP Entities arising prior to July 25, 2023, of any nature whatsoever, including an unsecured, secured, contingent or unliquidated Claim or Restructuring Claim, must send a Proof of Claim in the prescribed form to the Monitor, with a copy to the NP Entities, to be received by the Monitor and the NP Entities by no later than 5:00 p.m. (Pacific Time) on December 15, 2023 (the "**Claims Bar Date**").
If you have any questions regarding the Claims Process Order, the Claims Process, or the process or timelines for providing a Proof of Claim, please contact the Monitor at 1-877-255-9085 or nextpoint@fticonsulting.com.

THE WALL STREET JOURNAL.

# THE MARKETPLACE
ADVERTISE TODAY
**(800) 366-3975**
For more information visit:
wsj.com/classifieds



© 2023 Dow Jones & Company, Inc.
All Rights Reserved.

**How Young Entrepreneurs Are Using Digital Tools to Boost Business**



**The New Money Rules for Kids:** For many children, the ways that they earn cash have gone digital. Scan this code to hear from three young entrepreneurs about how they've built their businesses.

POCKET WATCH